Fill in this information to identify your case:

United States Bankruptcy Court for the:

### Central District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Santa Maria Brewing Co Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 46-3374502 |

4. **Debtor's address**

**Principal place of business**

7935 San Luis Ave
_____
Number        Street

_____

Atascadero        CA      93422
_____
City                State      ZIP Code

San Luis Obispo County
_____
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

_____
City                State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City                State      ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

Debtor    Santa Maria Brewing Co Inc.
_____
Name

Case number *(if known)*_____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.    District _____    When _____    Case number _____
                                                        MM / DD / YYYY

District _____    When _____    Case number _____
                                              MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.    Debtor _____    Relationship _____

District _____    When _____
                                        MM / DD / YYYY

Case number, if known _____

---

| Debtor | Santa Maria Brewing Co Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Santa Maria Brewing Co Inc. | Case number (if known) |
|--------|------------------------------|------------------------|
|        | Name                         |                        |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/15/2020
             MM / DD / YYYY

✗ _(signature)_                                    Byron Moles
Signature of authorized representative of debtor   Printed name

Title  CEO

**18. Signature of attorney**

✗  /s/ Leslie Cohen                                Date  12/15/2020
Signature of attorney for debtor                         MM / DD / YYYY

Leslie Cohen
Printed name
Leslie Cohen Law PC
Firm name
506 Santa Monica Blvd. Suite 200
Number     Street
Santa Monica                                CA          90401
City                                        State       ZIP Code

3103945900                                  leslie@lesliecohenlaw.com
Contact phone                               Email address

93698                                       CA
Bar number                                  State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | Santa Maria Brewing Co Inc. |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Jeff Cambell 4000 Country Club Dr Bakersfield, CA, 93306 | Jeff Cambell 661-203-8517 jeff@doubleeagleinc.com | Monies Loaned / Advanced | | | | 2,072,000.00 |
| 2 Don Sylvester 186 Deer Run Ln Orcutt, CA, 93455 | Don Sylvester 805-478-9785 dws4chinese@gmail.com | Monies Loaned / Advanced | | | | 650,700.00 |
| 3 Bank of the Sierra 86 North Main St Porterville, CA, 93257 | Scott Laylock 805-369-8706 slaylock@bankofthesierra.com | PPP Loan | | | | 353,250.00 |
| 4 Corrine and Hilal Helweh 6201 Los Gatos Rd Atascadero, CA, 93422 | Hal Helweh 805-708-9304 hhelweh@yahoo.com | Investment | | | | 350,000.00 |
| 5 Joseph Bertao 2324 Nightshade Ln Santa Maria, CA, 93455 | Joseph Bertao 805-440-5319 joseph.bertao@gmail.com | Investment | | | | 300,000.00 |
| 6 Joseph & Heather Witts 735 Richmind Ct santa maria, CA, 93455 | Joseph Witts 661-675-6734 drgigavolt@yahoo.com | Investment | | | | 300,000.00 |
| 7 Steve Mussack 4988 Chancellor Ln Eugene, OR, 97402 | Steve Mussack 541-953-5751 mussack2@aol.com | Investment | | | | 280,000.00 |
| 8 Keith and Ruth Moles 125 N Halcyon Arroyo Grande, CA, 93420 | Keith Moles 805-478-8809 | Monies Loaned / Advanced | | | | 241,190.78 |

Debtor __Santa Maria Brewing Co Inc._____     Case number (if known)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Sean Knoph 7120 Valle Ave Atascadero, CA, 93422 | Sean Knoph 805-550-2524 seatomur@sbcglobal.net | Monies Loaned / Advanced | | | | 235,000.00 |
| 10 | Dionysios Pettas 10 Villa Ct San Luis Obispo, CA, 93401 | Dionysios Pettas 805-458-4284 dionysiospettas@gmail.com | Investment | | | | 215,000.00 |
| 11 | Sean Knoph 7120 Valle Ave atascadero, CA, 93422 | Sean Knoph 805-550-2524 seatomur@sbcglobal.net | Investment | | | | 200,000.00 |
| 12 | Clyde & Pauline Hernandez 1108 Rosewood Dr Santa Maria, CA, 93458 | Clyde Hernandez 805-406-0351 onestarcruiser@yahoo.com | Investment | | | | 200,000.00 |
| 13 | SPG Advance 5306 New Utrect Ave Brooklyn, NY, 11219 | 212-225-8579 | Monies Loaned / Advanced | Disputed | | | 188,935.00 |
| 14 | Michael Early 10718  W Blackhawk Dr Boise, ID, 83709 | Michael Early 208-477-9365 1earlymike@gmail.com | Judgment | Disputed | | | 166,767.00 |
| 15 | Steve Golis 205 E Carrillo Ste 100 Santa barbara, CA, 93101 | Steve Golis 805-698-0174 sgolis@radiusgroup.com | Investment | | | | 146,000.00 |
| 16 | Santa Barbara Land Co LLC 420 E. Carillo St. Santa Barbara, CA, 93101 | Brad Vernon 805-364-5461 brad@prolandco.com | Default Judgment | Disputed | | | 145,395.07 |
| 17 | Stephen Siemsen 945 Quail Meadows Ct Orcutt, CA, 93455 | Stephen Siemsen 805-245-5193 shs1954@gmail.com | Investment | | | | 110,000.00 |
| 18 | Jill Cobb 2949 Noble Star Prescott, AZ, 86301 | Jill Cobb 951-775-5215 jill@jillcobb.com | Monies Loaned / Advanced | | | | 101,685.00 |
| 19 | John & Denise Nielsen 7525 Santa Ynez Ave Atascadero, CA, 93422 | John Nielsen 805-306-0916 jhnielsen2012@gmail.com | Investment | | | | 100,000.00 |
| 20 | Demetrios Pettas 5000 Hawxhurst Ct Antioch, CA, 94531 | Demetrios Pettas 925-597-0259 demetrios.pettas@gmail.com | Investment | | | | 100,000.00 |

Accord Business Funding West LLC
3730 KIRBY DR STE 720
Houston, TX 77098


Ace Funding
90 State St Ste 700
Albany, NY 12207


Allen & Kimbell LLP
317 E Carrillo St
Santa Barbara, CA 93101


Alpha Capital
735 W Broadway
Woodmere, NY 11598


Alpha Capital Source Inc.
734 W Broadway
Woodmere, NY 11598


AmTrust North America
800 Superior Ave E
Cleveland, OH 44114


Andrew Bebee
1005 E El Camino
Santa Maria, CA 93454


Apex Fire Control Services Inc.
PO Box 2964
Paso Robles, CA 93447

Bank of the Sierra
86 North Main St
Porterville, CA 93257


Barry McLamb
2585 Solono Rd #H
Pismo Beach, CA 93449


Benuck & Rainey
25 Concord Rd
Lee, NH 3861


Berkovich & Bouskila PLLC
5 Hanover Sq, Ste 2102
New York, NJ 10004


Bidwel Insurance
1270 E 9th St
Chico, CA 95928


Biz Fund LLC
2371 McDondald Ave
Brooklyn, NY 11223


Bizfund LLC
2373 MCDONALD AVE FL 2ND
Brooklyn, NY 11223


Brian Schechter
2371 McDonald Ave
Brooklyn, NY 11223

BSG Craft Brewing
800 First Ave West
Shakopee, MN 55379


Business Merchant Funding
1022 Avenue M
Brooklyn, NY 11230


Business Merchants
1024 Ave M
Brooklyn, NY 10038


CA Dept of Tax and Fee
Sales Tax and Manufacturing Tax
PO Box 942879
Sacramento, CA 94279


Caine & Weiner
2000 Warrington Way
Louisville, KY 40222


Cal Recycle
1001 I Street
Sacramento, CA 95814


Calvin Chan
10 Villa Ct
San Luis Obispo, CA 93401

Christopher  Dominquez
Klein DeNatale Goldner
4550 California Ave. 2nd Fl
Bakersfield, CA 93309


City of Santa Maria
110 E Cook St, Room 9
Santa Maria, CA 93454


Classic Distributing and Beverage Group
120 N Puentes Ave
City of Industry, CA 91746


Clyde & Pauline Hernandez
1108 Rosewood Dr
Santa Maria, CA 93458


Complete Business Solutions Group Inc.
22 N. 3rd Street
Philadelphia, PA 19106


Compwest Insurance
PO Box 40790
Lansing, MI 48901


Corrine and Hilal Helweh
6201 Los Gatos Rd
Atascadero, CA 93422


Corrine Helweh
6201 Los Gatos Rd
Atascadero, CA 93422

Credit Control LLC
PO Box 51790
Livonia, MI 48151


Dan Sheehy
13128 Hartsook St
Sherman Oaks, CA 91423


Dean Siegrist
4967 Pleasant Pl
Santa Maria, CA 93455


Demetrios Pettas
5000 Hawxhurst Ct
Antioch, CA 94531


Dionysios Pettas
10 Villa Ct
San Luis Obispo, CA 93401


Distrimatics USA
PO Box 854
Calistoga, CA 94515


Don Giessinger
PO Box 791
ATascadero, CA 93423


Don Sylvester
186 Deer Run Ln
Orcutt, CA 93455

Donald and Mary Jane Giessinger Living Trust
PO Box 791
Atascdero, CA 93423


Double Eagle Investments
3133 Pegasus Dr
Bakersfield, CA 93308


EDD
PO Box 826880 MIC 92T
Sacramento, CA 94280


EDD
722 Capitol Mall
Sacramento, CA 95814


Ekos
800 West Hill St, Ste 101
Charlotte, NC 28208


Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001


Equity Trust Co fbo Larry Price
8930 San Gabriel Rd
Atascadero, CA 93422


Fairsky/ Branch Smith Properties
755 Santa Rosa St, Ste 310
San Luis Obispo, cA 93401

Fiero Lane Water Co
612 Clarion Ct
San luis Obispo, CA 93401


Franchise Tax Board
Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952


Gabriel Architects
530 10th St
Paso Robles, CA 93446


George Wake
3215 Lupine Canyon Rd
Avila Beach, CA 93424


Gregory A Palte
1537 Zircon Ct.
Santa Maria, CA 93455


Harbor Distributing, LLC
PO Box 842685
Los Angeles, CA 90084


Industrial Broiler Service Inc.
940 Loma Dr
Ojai, CA 93023


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

IRS
P.O. BOX 145595
Cincinnati, OH 45250

IRS
Attn: Mary Garcia
2384 Professional Pkwy
Santa Maria, CA 93455

Jackie Seehof
355 Mars Ct
Nipomo, CA 93444

James Carter
543 Maccaw Ct
Nipomo, CA 93444

JB Dewar
PO Box 3059
San Luis Obispo, CA 93403

Jeff Cambell
4000 Country Club Dr
Bakersfield, CA 93306

Jerad Webb
2907 L St
Bakersfield, CA 93301

Jill Cobb
2949 Noble Star
Prescott, AZ 86301

Joe Lieberman
815 Central Ave
Lawrence, NY 11559


Joel Clay
10000 El Bordo Ave
atascadero, CA 93422


John & Denise Nielsen
7525 Santa Ynez Ave
Atascadero, CA 93422


John Fearless
201 Alameda Del Prado, Ste 101
Novato, CA 94949


John Ryun
PO Box 827
Twain Harte, CA 95383


Joseph & Heather Witts
735 Richmind Ct
santa maria, CA 93455


Joseph Bertao
2324 Nightshade Ln
Santa maria, CA 93455


Kash Capital
475 Northern Blvd
Great Neck, NY 11021

Keg Logistics
PO Box 912908
Denver, CO 80291


Keg Logistics LLC
9110 E NICHOLS AVE STE 105
Centennial, CO 80112


Keith and Ruth Moles
125 N Halcyon
Arroyo Grande, CA 93420


Kyle Leverett
1650 N Strafford Ave
santa maria, CA 93454


Landsberg Orora
6600 VALLEY VIEW ST
Buena Park, CA 90620


Landsberg Orora Inc.
1900 W University Dr Ste 101
Tempe, AZ 85281


Law Office of Jason Gang
1245 Hewlett Plaza # 478
Hewlett, NY 11557


Law Offices of Jacob Verstandig
1459 E 13th St
Brooklyn, NY 11230

Linda Smith
296 Machado Ave
Santa Maria, CA 93455


Loan Me
PO Box 841504
Dallas, TX 75284


Mario Juarez Inc
625 E. Chapel St.
Santa Maria, CA 93454


Matthew Taylor
Taylor Law Offices
1112 W Main St Ste 101
Boise, ID 83702


Michael & Marrianne McCormick
2053 A St
Santa Maria, CA 93455


Michael Early
10718  W Blackhawk Dr
Boise, ID 83709


Michael Fish
895 Newport Ave
Grover Beach, CA 93433


Mid-Coast Fire Protection Inc.
1342 Ramona Ave, Unit A
Grover Beach, CA 93433

Mike and Tammy Payne
4160 Glenview Dr
santa maria, CA 93455


Mussetter Distributing INc.
12979 Earhart Ave
Auburn, CA 95602


Pacific Petroleum California
1615 E Betteravia
Santa maria, CA 93454


Paragon Insurance Holdings
PO Box 969
Westbrook, CT 6498


Parker & Sander
2382 Brant Sr
Arroyo Grande, CA 93420


Paso Robles Water and Sewer
821 Pine St, Ste A
Paso Robles, CA 93446


Pensco Trust Co
CUSTODIAN FBO STEVE GOLIS
205 E Carrillo Ste 100
Santa Barbara, CA 93101


Penske Truck Leasing Co
3080 E. Malage Avenue
Fresno, CA 93728

PG&E
PO Box 997300
Sacramento, CA 95899


Philip Bennie
1039 E Hermosa St,
Santa Maria, CA 93454


Power Machinery Center
3450 E Camino Ave
Oxnard, CA 93030


Prospero / Associated Wine Systems
7787 Bell Rd
Windsor, CA 95492


Reeds Heating
PO Box 4357
Paso Robles, CA 93447


Richard McCarthy
103 Dizerega Ct SW
Leesburg, VA 20175


Kump Family Trust
Attn: Robert Kump
480 N Las Flores Dr
Nipomo, CA 93444


Rodney Quita Martinez
804 E Lavonne Dr
Santa Maria, CA 93454

Ryan Stumphauzer, Esq.
One Biscayne Tower
2 South Biscayne Blvd. Ste. 1600
Miami, FL 33131


S Carlson's Plumbing, Inc.
1680 El Camino Real
Atascadero, CA 93422


San Luis Glass & Window
781 Humbert Ave
San Luis Obispo, CA 93401


San Luis Obispo County Tax Collector
1055 Monterey St, Room D-290
San Luis Obispo, CA 93408


Santa Barbara County Tax Collector
PO Box 579
Santa barbara, CA 93102


Santa Barbara Land Co LLC
420 E. Carillo St.
Santa Barbara, CA 93101


Saxco International LLC
1855 Gateway Blvd., Ste 400
Concord, CA 94520


Sean Knoph
7120 Valle Ave
Atascadero, CA 93422

Sequential
3333 NW 35th Ave, Ste C
Portland , OR 97210


SoCalGas
PO Box C
Monterey Park, CA 91756


SPG Advance
5306 New Utrect Ave
Brooklyn, NY 11219


Square
1455 Market St Ste 600
San Francisco, CA 94103


Stanley Convergent Alarm
8350 Sunlight Dr, Ste 200
Fischers, IN 46037


Star Drug Testing Inc.
222 W Carmen Ln, Ste 101
Santa Maria, CA 93458


Stephen Siemsen
945 Quail Meadows Ct
Orcutt, CA 93455


Steve Golis
205 E Carrillo Ste 100
Santa barbara, CA 93101

Steve Mussack
4988 Chancellor Ln
Eugene, OR 97402


Tara N Pompareli
30 Wall St 8th Fl
New York, NY 10005


Thomas Vance
Vance Vance & Blair
991 Lomas Santa Fe Dr Ste C435
Solana Beach, CA 92075


Tognazzini Beverage Service
241 E Roemer Way
Santa Maria, cA 93454


Unique Funding
2715 Coney Island Ave
Brooklyn, NY 11235


Vadim Serebro
55 Broadway 3rd Fl
New York, NY 10006


Valley Pump & Jetting Inc.
PO Box 2386
Santa Maria, CA 93457


Wayne Nix
610 Ballestral Ave
Santa maria, CA 93455

Yellowstone Capital
116 Nassau St 8th Floor
New York, NY 10038

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie A. Cohen  (SBN 93698)<br>J'aime K. Williams (SBN 261148)<br><br>LESLIE COHEN LAW PC<br>506 Santa Monica Blvd., Suite 200<br>Santa Monica, CA 90401<br>T: 310.394.5900  F: 310.394.9280<br>leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br><br>☐  *Debtor(s) appearing without attorney*<br>☒  *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Santa Maria Brewing Co Inc. | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __17__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __12/15/2020__

_Byron Moles_ (signature)
Debtor's signature
Byron Moles, CEO

Date: _____

_____
Joint Debtor's signature (if applicable)

Date: _____

_____
Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2014*                                              **F 1007-1.MAILING.LIST.VERIFICATION**