UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>  Santa Maria Brewing Co. Inc,<br><br><br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:      9:20-bk-11486-DS<br>Operating Report Number:      1<br>For the Month Ending:      Dec 15 - 31, 2020 |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (PREPETITION ACCOUNT AT BANK OF THE SIERRA*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                                     5.52

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing
    Accounts Receivable - Pre-filing
    General Sales                                        36,272.35
    Other (Specify)
    **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD:                                            36,272.35

5.  BALANCE:                                                                            36,277.87

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)                    0.00
    Disbursements (from page 2)                                      26,192.84

    TOTAL DISBURSEMENTS THIS PERIOD:***                                    26,192.84

7.  ENDING BALANCE:                                                                     10,085.03

8.  Account Number(s):                    PrePetition Account ending
                             8819

    Depository Name & Location:            Bank of The Sierra

                                       (DIP Account opened in January)

*    All receipts must be deposited into the general account.

**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM SANTA MARIA BREWING CO. PRE-PETITION ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 12/18/2020 | | Chevron | driving kegs etc to/from locations | | 52.05 | 52.05 |
| 12/18/2020 | | South County Sanitary | Utility | | 61.00 | 61.00 |
| 12/18/2020 | | GLS US | delivery service for beer sold online | | 63.73 | 63.73 |
| 12/18/2020 | | Sierra Nevada Brew | equipment parts for distilling area and reverse osmosis system | | 900.00 | 900.00 |
| 12/21/2020 | | Apple | Subscription | | 6.99 | 6.99 |
| 12/21/2020 | | Apple | Subscription | | 6.99 | 6.99 |
| 12/21/2020 | | Apple | subscription | | 19.99 | 19.99 |
| 12/21/2020 | | Harland Clark | payroll checks | | 43.34 | 43.34 |
| 12/22/2020 | | AT&T | Utility | | 32.17 | 32.17 |
| 12/22/2020 | | Matheson Tri Gas | propane and related brewery supplies | | 135.23 | 135.23 |
| 12/23/2020 | | So Cal Gas | Utility | | 82.86 | 82.86 |
| 12/24/2020 | | Penske | truck rental to pick up parts from sierra nevada | | 259.62 | 259.62 |
| 12/29/2020 | | Atascadero Mutual Water | Utility | | 105.70 | 105.70 |
| 12/29/2020 | | Edna S Bakery | food purchase for resale | | 497.75 | 497.75 |
| 12/30/2020 | | Berkshire Hathaway | Work comp for Dec | | 2,354.94 | 2,354.94 |
| 12/31/2020 | | Berkshire Hathaway | Work comp for Jan | | 2,354.94 | 2,354.94 |
| 12/24/2020 | | Penske | balance owed on truck rental for sierra nevada pick up | | 660.75 | 660.75 |
| 12/22/2020 | 1731 | Equity Trust FBO L Price | payment dated 12/4 toward rent for 7625 San Luis Ave for check that was returned NSF | | 1,500.00 | 1,500.00 |
| 12/21/2020 | 1733 | Indian Wells Woodworking | purchase of resale wood itesm | | 1,180.60 | 1,180.60 |
| 12/21/2020 | 1734 | MJ Excavating | concrete repair work | | 4,000.00 | 4,000.00 |
| 12/28/2020 | 1735 | Scotts Lab | supplies for brewing | | 203.78 | 203.78 |
| 12/30/2020 | 1738 | Slo Cider | cider purchase for resale | | 352.50 | 352.50 |
| 12/31/2020 | 1743 | Tognazzini | C02 and other brewing supplies / taproom supplies | | 1,219.27 | 1,219.27 |
| 12/30/2020 | 1779 | Frank Maldonado | partial rent Nipomo | | 3,000.00 | 3,000.00 |
| 12/22/2020 | 1796 | Sean Knoph | ck dated 11/20 for reimb of smart and final etc receipts of taproom supplies and food | | 2,931.09 | 2,931.09 |
| 12/16/2020 | 1824 | Equity Trust FBO L Price | partial rent 7625 San Luis Ave | | 1,500.00 | 1,500.00 |
| 12/31/2020 | 1915 | Chop Restaurant Supply | restaurant supplies | | 500.00 | 500.00 |
| 12/16/2020 | 1938 | withdraw of cash | replenished change bag and owed servers tips, not enough in drawer | | 675.00 | 675.00 |
| 12/21/2020 | 1939 | Liquid Gravity | purchase of Hops | | 1,274.19 | 1,274.19 |
| 12/24/2020 | 1946 | Smart&Final | purhase ingredients for beer | | 119.96 | 119.96 |
| 12/29/2020 | 1947 | Joebella Coffee | purchase ingredients for beer | | 98.40 | 98.40 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | *DIP Account Opening in January* | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |

| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | 0.00 | 26,192.84 | $26,192.84 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

PREPETITION ACCOUNT

BANK RECONCILIATION

Bank statement Date: 12/31/2020    Balance on Statement: $10,085.03

*DIP Account Opening in January*

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    0.00

Bank statement Adjustments:                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                              $10,085.03

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Santa Maria Brewing Co. Inc,<br><br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:                      9:20-bk-11486-DS<br>Operating Report Number:                                1<br>For the Month Ending:        Dec 15 - 31, 2020 |
| --- | --- |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (PREPETITION ACCOUNT AT BANK OF THE SIERRA*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                     2,200.88

4.  RECEIPTS DURING CURRENT PERIOD:
Accounts Receivable - Post-filing
Accounts Receivable - Pre-filing
General Sales                                      136,213.82
Other (Specify)
**Other (Specify)

TOTAL RECEIPTS THIS PERIOD:                                136,213.82

5.  BALANCE:                                                                  138,414.70

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other  Accounts (from page 2)          33,475.00
Transfers to Other DIP Accounts (from page 2)       80,981.70

TOTAL DISBURSEMENTS THIS PERIOD:***                    114,456.70

7.  ENDING BALANCE:                                                        23,958.00

8.   Account Number(s):            PrePetition Account ending
8878

Bank of The Sierra
Depository Name & Location:

(DIP Account opened in January)

*   All receipts must be deposited into the general account.

**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM SANTA MARIA BREWING CO. PRE-PETITION ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or Bank account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 12/15/2020 | | Frontier | Web Communications | | 140.10 | 140.10 |
| 12/15/2020 | | IRS | Tax | | 838.59 | 838.59 |
| 12/15/2020 | | TSYS | merchant fees | | 1,304.83 | 1,304.83 |
| 12/15/2020 | | TSYS | merchant fees | | 1,682.87 | 1,682.87 |
| 12/16/2020 | | General checking | cover rent check | 1,500.00 | | 1,500.00 |
| 12/16/2020 | | General checking | cover overdrawn amount | 1,000.00 | | 1,000.00 |
| 12/16/2020 | | General checking | transfer to cover cash withdraw/this ck was in possession at time | 675.00 | | 675.00 |
| 12/16/2020 | | General checking | to cover possible anticipated credit card usage | 1,200.00 | | 1,200.00 |
| 12/16/2020 | | VEQBNTZ 8x8 | phone bill | | 412.26 | 412.26 |
| 12/16/2020 | | TSYS | merchant fees | | 815.93 | 815.93 |
| 12/16/2020 | | IRS | Tax | | 1,438.59 | 1,438.59 |
| 12/17/2020 | | Youngs | alcohol purchase for resale | | 262.75 | 262.75 |
| 12/17/2020 | | US Food Service | Vendor | | 1,603.26 | 1,603.26 |
| 12/18/2020 | | Ekos Brew Master | Monthly service fee, Wholesale software | | 529.00 | 529.00 |
| 12/18/2020 | | SWS of America | alcohol purchase for resale | | 544.11 | 544.11 |
| 12/18/2020 | | US Food Service | Vendor | | 2,389.18 | 2,389.18 |
| 12/21/2020 | | General checking | cover overdrawn amount | 3,000.00 | | 3,000.00 |
| 12/21/2020 | | General checking | cover overdrawn amount | 450.00 | | 450.00 |
| 12/21/2020 | | IRS | Tax | | 2,440.87 | 2,440.87 |
| 12/21/2020 | | US Food Service | Vendor | | 2,455.30 | 2,455.30 |
| 12/21/2020 | | US Food Service | Vendor | | 2,518.39 | 2,518.39 |
| 12/22/2020 | | General checking | cover overdrawn amount | 3,000.00 | | 3,000.00 |
| 12/22/2020 | | General checking | cover overdrawn amount | 2,000.00 | | 2,000.00 |
| 12/22/2020 | | IRS | Tax | | 1,220.94 | 1,220.94 |
| 12/23/2020 | | Comcast | Utilities | | 115.00 | 115.00 |
| 12/23/2020 | | SWS of America | alcohol purchase for resale | | 719.99 | 719.99 |
| 12/23/2020 | | IRS | Tax | | 1,220.93 | 1,220.93 |
| 12/23/2020 | | US Food Service | Vendor | | 1,441.46 | 1,441.46 |
| 12/24/2020 | | General checking | cover overdrawn amount | 200.00 | | 200.00 |
| 12/24/2020 | | Comcast | Utilities | | 66.00 | 66.00 |
| 12/28/2020 | | General checking | cover credit card payment to Ednas | 600.00 | | 600.00 |
| 12/28/2020 | | General checking | cover checks coming through | 250.00 | | 250.00 |
| 12/28/2020 | | DirecTV | Utilities | | 309.20 | 309.20 |
| 12/28/2020 | | Internet Waste Mgmt | Utilities | | 480.66 | 480.66 |
| 12/28/2020 | | US Food Service | Vendor | | 1,519.37 | 1,519.37 |
| 12/28/2020 | | US Food Service | Vendor | | 2,343.53 | 2,343.53 |
| 12/28/2020 | | IRS | Tax | | 2,444.59 | 2,444.59 |
| 12/29/2020 | | General checking | to cover large purchase grain, which didn't end up happening until later | 14,200.00 | | 14,200.00 |
| 12/29/2020 | | AT&T | Utilities | | 52.80 | 52.80 |
| 12/29/2020 | | At&T | Utilities | | 225.91 | 225.91 |
| 12/29/2020 | | IRS | Tax | | 1,222.30 | 1,222.30 |
| 12/29/2020 | | EPMT CA Dept | Tax | | 2,782.50 | 2,782.50 |
| 12/30/2021 | | General checking | cover checks coming through | 3,400.00 | | 3,400.00 |
| 12/30/2020 | | General checking | cover work comp | 2,000.00 | | 2,000.00 |
| 12/30/2020 | | Slo Cider | Cider | | 335.90 | 335.90 |
| 12/30/2020 | | US Food Service | Vendor | | 1,009.49 | 1,009.49 |
| 12/30/2020 | | IRS | Tax | | 1,222.29 | 1,222.29 |
| | | | | | | |
| 12/18/2020 | 527 | Andy | payroll | | 300.00 | 300.00 |
| 12/31/2020 | 46675 | Bryan N | payroll | | 963.01 | 963.01 |
| 12/16/2020 | 46691 | Chris | payroll | | 117.75 | 117.75 |
| 12/17/2020 | 46721 | Cameron | payroll | | 34.70 | 34.70 |

| Date | Num | Name | Memo | | Amount 1 | Amount 2 |
|---|---|---|---|---|---|---|
| 12/15/2020 | 46739 | Jackie | payroll | | 954.88 | 954.88 |
| 12/22/2020 | 46752 | Andy | payroll | | 945.99 | 945.99 |
| 12/30/2020 | 46803 | Andy | payroll | | 945.98 | 945.98 |
| 12/15/2020 | 46805 | Bryan N | payroll | | 963.01 | 963.01 |
| 12/15/2020 | 46812 | Samantha | payroll | | 213.61 | 213.61 |
| 12/30/2020 | 46813 | Taelor | payroll | | 367.61 | 367.61 |
| 12/15/2020 | 46817 | Amberly | payroll | | 116.30 | 116.30 |
| 12/15/2020 | 46826 | Jackie | payroll | | 904.89 | 904.89 |
| 12/17/20 | 46829 | Stanley Alarm | alarm | | 401.05 | 401.05 |
| 12/18/2020 | 46830 | Mike | payroll | | 438.33 | 438.33 |
| 12/15/2020 | 46839 | Ryan | payroll | | 202.22 | 202.22 |
| 12/15/2020 | 46847 | Brett | payroll | | 1,322.88 | 1,322.88 |
| 12/16/2020 | 46848 | Bryan N | payroll | | 963.01 | 963.01 |
| 12/15/2020 | 46849 | Bryan F | payroll | | 1,067.83 | 1,067.83 |
| 12/17/2020 | 46850 | Cameron | payroll | | 103.45 | 103.45 |
| 12/23/2020 | 46851 | Dustin | payroll | | 336.98 | 336.98 |
| 12/21/2020 | 46852 | Drew | payroll | | 743.19 | 743.19 |
| 12/17/2020 | 46853 | Jordan | payroll | | 442.04 | 442.04 |
| 12/21/2020 | 46855 | Ryan | payroll | | 314.16 | 314.16 |
| 12/16/2020 | 46856 | Samantha | payroll | | 302.88 | 302.88 |
| 12/15/2020 | 46858 | Valerie | payroll | | 761.87 | 761.87 |
| 12/16/2020 | 46861 | Amberly | payroll | | 44.62 | 44.62 |
| 12/23/2020 | 46862 | Chad | payroll | | 102.87 | 102.87 |
| 12/15/2020 | 46863 | Chris | payroll | | 224.96 | 224.96 |
| 12/21/2020 | 46865 | Jackie | payroll | | 954.89 | 954.89 |
| 12/15/2020 | 46866 | Jose | payroll | | 554.37 | 554.37 |
| 12/15/2020 | 46867 | Kendall | payroll | | 206.34 | 206.34 |
| 12/17/2020 | 46868 | Enrique | payroll | | 547.10 | 547.10 |
| 12/22/2020 | 46869 | Meagan | payroll | | 106.78 | 106.78 |
| 12/15/2020 | 46870 | Rene | payroll | | 994.62 | 994.62 |
| 12/28/2020 | 46872 | Khayden | payroll | | 130.32 | 130.32 |
| 12/21/2020 | 46873 | Ashlee | payroll | | 40.48 | 40.48 |
| 12/21/2020 | 46874 | Ashlee | payroll | | 44.74 | 44.74 |
| 12/28/2020 | 46875 | Mason | Reimburse for Atascadero Bar Supplies | | 400.00 | 400.00 |
| 12/28/2020 | 46876 | Karen | payroll | | 837.76 | 837.76 |
| 12/21/2020 | 46877 | Sean | payroll | | 950.54 | 950.54 |
| 12/21/2020 | 46878 | Brett | payroll | | 1,322.89 | 1,322.89 |
| 12/24/2020 | 46879 | Val | payroll | | 761.88 | 761.88 |
| 12/22/2020 | 46882 | Bryan F | payroll | | 1,067.82 | 1,067.82 |
| 12/21/2020 | 46883 | Byron | payroll | | 842.34 | 842.34 |
| 12/29/2020 | 46884 | Cameron | payroll | | 209.24 | 209.24 |
| 12/23/2020 | 46885 | Dustin | payroll | | 243.96 | 243.96 |
| 12/29/2020 | 46886 | Drew | payroll | | 728.75 | 728.75 |
| 12/23/2020 | 46887 | Jordan | payroll | | 432.93 | 432.93 |
| 12/28/2020 | 46888 | Khayden | payroll | | 142.82 | 142.82 |
| 12/22/2020 | 46889 | Ryan | payroll | | 271.16 | 271.16 |
| 12/21/2020 | 46891 | Taelor | payroll | | 629.02 | 629.02 |
| 12/28/2020 | 46892 | Mason | payroll | | 294.75 | 294.75 |
| 12/24/2020 | 46893 | Amberly | payroll | | 157.55 | 157.55 |
| 12/23/2020 | 46894 | Chad | payroll | | 66.18 | 66.18 |
| 12/29/2020 | 46895 | Chris | payroll | | 144.27 | 144.27 |
| 12/21/2020 | 46896 | Irene | payroll | | 296.42 | 296.42 |
| 12/22/2020 | 46898 | Jose | payroll | | 319.72 | 319.72 |
| 12/22/2020 | 46899 | Kendall | payroll | | 330.74 | 330.74 |
| 12/22/2020 | 46900 | Enrique | payroll | | 671.93 | 671.93 |
| 12/22/2020 | 46901 | Rene | payroll | | 907.75 | 907.75 |
| 12/23/2020 | 46903 | Bryan F | reimb receipts for supplies | | 423.25 | 423.25 |
| 12/21/2020 | 46904 | Vincent | payroll | | 101.36 | 101.36 |
| 12/31/2020 | 46906 | Brett | payroll | | 1,322.88 | 1,322.88 |

| 12/29/2020 | 46908 | Bryan F | payroll | | 1,067.83 | 1,067.83 |
|---|---|---|---|---|---|---|
| 12/29/2020 | 46911 | Dustin | payroll | | 283.33 | 283.33 |
| 12/31/2020 | 46912 | Drew | payroll | | 732.57 | 732.57 |
| 12/30/2020 | 46913 | Jordan | payroll | | 454.45 | 454.45 |
| 12/29/2020 | 46914 | Karen | payroll | | 839.76 | 839.76 |
| 12/30/2020 | 46916 | Ryan | payroll | | 354.65 | 354.65 |
| 12/30/2020 | 46918 | Taelor | payroll | | 576.49 | 576.49 |
| 12/29/2020 | 46920 | Amberly | payroll | | 243.41 | 243.41 |
| 12/29/2020 | 46922 | Chris | payroll | | 103.80 | 103.80 |
| 12/28/2020 | 46923 | Irene | payroll | | 204.75 | 204.75 |
| 12/29/2020 | 46925 | Jose | payroll | | 411.08 | 411.08 |
| 12/30/2020 | 46926 | Julian | payroll | | 92.17 | 92.17 |
| 12/28/2020 | 46928 | Enrique | payroll | | 643.62 | 643.62 |
| 12/30/2020 | 46929 | Mason | payroll | | 263.98 | 263.98 |
| 12/29/2020 | 46931 | Rene | payroll | | 966.19 | 966.19 |
| 12/28/2020 | 46932 | vincent | payroll | | 357.10 | 357.10 |
| 12/30/2020 | 46933 | Sean | payroll | | 950.54 | 950.54 |
| 12/30/2020 | 46934 | Bryan F | reimb receipts for supplies | | 433.10 | 433.10 |
| 12/23/2020 | 46851 | Dustin | payroll | | 336.98 | 336.98 |
| 12/21/2020 | 46852 | Drew | payroll | | 743.19 | 743.19 |
| 12/17/2020 | 46853 | Jordan | payroll | | 442.04 | 442.04 |
| 12/21/2020 | 46855 | Ryan | payroll | | 314.16 | 314.16 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 33,475.00 | 80,981.70 | $114,456.70 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

PREPETITION ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____12/31/2020_____   Balance on Statement: | 23,958.00 |

*** DIP Account Opening in January***

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS: | 0.00 |

Bank statement Adjustments:                                                    _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                              | $23,958.00 |

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (DIP ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                    _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS                                                            _____

3.  BEGINNING BALANCE:                                                     _____

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)                                     _____

5.  BALANCE:                                                               _____

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                    _____

7.  ENDING BALANCE:                                                        _____

8.  Account Number(s):                        Not Available
                                              **account opened in January

    Depository Name & Location:               _____
                                              _____

## TOTAL DISBURSEMENTS FROM ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | *__Account Opened in January__* | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

DIP ACCOUNT
BANK RECONCILIATION

Bank statement Date:  ___n/a___   Balance on Statement:  _____ $0.00

**DIP ACCOUNT OPENED IN JANUARY**

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                    | $          - |

Bank statement Adjustments:                   _____

Explanation of Adjustments-

|  |
|---|

ADJUSTED BANK BALANCE:                        | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---|
| Pre-Petition Account 8819: | 10,085.03 |
| Pre-Petition Account 8878: | 23,958.00 |
|  |  |

*Other Accounts: _____   _____
_____   _____
_____   _____

*Other Monies: _____   _____

**Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                      | 34,043.03 |


Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL PETTY CASH TRANSACTIONS:                            | 0.00 |


* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding |  |  |  |
| State Withholding |  |  |  |
| FICA- Employer's Share |  |  |  |
| FICA- Employee's Share |  |  |  |
| Federal Unemployment |  |  |  |
| Sales and Use |  |  |  |
| Real Property |  |  |  |
| Other: _____ |  |  |  |
| TOTAL: | 0.00 | 0.00 |  |

Page 11 of 16

## IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| Property |  |  |  |  |
| General Liability | Nationwide | 1M ; 2M | 11/5/2021 | 11/5/2021 |
|  |  |  |  |  |
| Vehicle | Bidwell Insurance | 1000000.00 | 11/15/2021 | 11/15/2021 |
| Other (Comm . Liab) | Liberty Mutual | 1 M; 2 M | 10/20/2021 | 10/20/2021 |
| Workers Comp | Nationwide | 1000000.00 | 11/5/2021 | 11/5/2021 |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2020 | 107,174.54 | 975.00 |  |  | 975.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  | 975.00 |  |  | 0.00 | 975.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: | | |
| Gross Sales/Revenue | 175,466.96 | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 175,466.96 | 0.00 |
| | | |
| Cost of Goods Sold: | | |
| Beginning Inventory at cost | 43,280.00 | |
| Purchases | 35,012.20 | |
| Less: Ending Inventory at cost | 45,160.00 | |
| Cost of Goods Sold (COGS) | 33,132.20 | 0.00 |
| | | |
| Gross Profit | 142,334.76 | 0.00 |
| | | |
| Other Operating Income (Itemize) | 0.00 | |
| | | |
| Operating Expenses: | | |
| Payroll - Insiders | 41,957.27 | |
| Payroll - Other Employees | | |
| Payroll Taxes | 5,171.04 | |
| Other Taxes (Itemize) | 630.00 | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | 18,500.00 | |
| Lease Expense - Personal Property | 1,800.00 | |
| Insurance | 5,209.88 | |
| Real Property Taxes | | |
| Telephone and Utilities | 1,989.72 | |
| Repairs and Maintenance | 1,352.16 | |
| Travel and Entertainment (Itemize) | 0.00 | |
| Miscellaneous Operating Expenses (Itemize) | 8,629.01 | |
| Total Operating Expenses | 85,239.08 | 0.00 |
| | | |
| Net Gain/(Loss) from Operations | 57,095.68 | 0.00 |
| | | |
| Non-Operating Income: | | |
| Interest Income | 0.00 | |
| Net Gain on Sale of Assets (Itemize) | 0.00 | |
| Other (Itemize) | 20,000.00 | |
| Total Non-Operating income | 20,000.00 | 0.00 |
| | | |
| Non-Operating Expenses: | | |
| Interest Expense | 0.00 | |
| Legal and Professional (Itemize) | 0.00 | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| | | |
| NET INCOME/(LOSS) | 77,095.68 | 0.00 |

(Attach exhibit listing all itemizations required above)

B. BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 991.72 | |
| Restricted Cash | 8,470.36 | |
| Accounts Receivable | 16,132.90 | |
| Inventory | 45,160.00 | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize) | | |
| Total Current Assets | | 53,814.26 |
| | | |
| Property, Plant, and Equipment | 1,000,000.00 | |
| Accumulated Depreciation/Depletion | 0.00 | |
| Net Property, Plant, and Equipment | | 1,000,000.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | 0.00 | |
| Total Other Assets | | 0.00 |
| | | |
| TOTAL ASSETS | | 1,053,814.26 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 10,804.00 | |
| Taxes Payable | 12,193.22 | |
| Notes Payable | 20,000.00 | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | 6,503.61 | |
| Total Post-petition Liabilities | | 49,500.83 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | | |
| Unsecured Liabilities | 9,406,285.00 | |
| Other (Itemize) | 0.00 | |
| Total Pre-petition Liabilities | | 9,406,285.00 |
| | | |
| TOTAL LIABILITIES | | 9,455,785.83 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | 4,949,150.00 | |
| Post-petition Profit/(Loss) | 77,095.68 | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | 5,026,245.68 |
| TOTAL LIABILITIES & EQUITY | | 14,482,031.51 |

Santa Maria Brewing Co Inc

# EXHIBIT FOR IX PROFIT & LOSS STATEMENT

**Other Taxes**

| | | |
|---|---|---|
| Licenses | 630.00 | |
| Total | | 630.00 |

**Misc. Operating Expense**

| | | |
|---|---|---|
| Auto expenses | 503.24 | |
| Bank charges | 1,377.00 | |
| Equipment rental | 1,633.60 | |
| Gasoline | 716.78 | |
| Office | 107.07 | |
| Supplies | 4,291.32 | |
| Total | | 8,629.01 |

**Non-Operating Income: Other**

| | |
|---|---|
| 12/15 Loan | 20,000.00 |

    to cover payroll and other operating expenses.  We were short due to Levy's

# EXHIBIT FOR X BALANCE SHEET

**LIABILITIES**
**Other**

| | |
|---|---|
| Utilities | 6503.61 |

XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ___ |

_____

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ___ |

_____

3.  State what progress was made during the reporting period toward filing a plan of reorganization

Debtor filed its  chapter 11 case on Dec. 15, 2020.  Debtor  began initial DIP compliance procedures, preparing its  7-Day Package and related chapter 11 obligations.  Debtor and counsel also spent significant time during the first weeks post-petition working to recover  levied funds from bank and credit card processing companies, so that the Debtor could continue operations

4.  Describe potential future developments which may have a significant impact on the case:
Claims analysis and resolution of litigation

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

_____

I,  Byron Moles,

declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.


_12/20/2021_____
Date

_Byron Moles (signature)_____
Page 16 of 16                    Principal for debtor-in-possession



# BANK OF THE SIERRA

*Bank of the Sierra Homepage*

Date 12/31/20          Page      1

Santa Maria Brewing Co Inc
1451 Fairway Dr
Santa Maria CA 93455

## CHECKING ACCOUNT

Sierra Business Analysis                          Number of Enclosures               19
Account Number            XXXXXX8819    Statement Dates  12/01/20 thru 12/31/20
                                        Days in the statement period       31

Ending Balance            10,085.03

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees |  |  |
| Total Returned Item Fees |  |  |

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|





# BANK <sup>OF</sup> THE SIERRA

<u>Bank of the Sierra Homepage</u>

Date 12/31/20        Page      2

Sierra Business Analysis            XXXXXX8819   (Continued)

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 12/16 | Trsf from payroll checking<br>Confirmation number 1216200189 | 1,500.00 |
| 12/16 | Trsf from payroll checking<br>Confirmation number 1216200607 | 1,000.00 |
| 12/16 | Trsf from payroll checking<br>Confirmation number 1216200646 | 675.00 |
| 12/16 | Trsf from payroll checking<br>Confirmation number 1216201165 | 1,200.00 |
| 12/18 | Cuyama Ln  DoorDash, Inc.<br>CCD | 221.24 |
| 12/21 | RELEASE OF LEVY UNDER WRIT OF<br>EXECUTION | 2,310.51 |
| 12/21 | Trsf from payroll checking<br>Confirmation number 1221202329 | 3,000.00 |
| 12/21 | Trsf from payroll checking<br>Confirmation number 1221202344 | 450.00 |
| 12/22 | Trsf from payroll checking<br>Confirmation number 1222200309 | 3,000.00 |
| 12/22 | Trsf from payroll checking<br>Confirmation number 1222200803 | 2,000.00 |
| 12/24 | Trsf from payroll checking<br>Confirmation number 1224200836 | 200.00 |
| 12/28 | Cuyama Ln  DoorDash, Inc.<br>CCD | 265.60 |
| 12/28 | Trsf from payroll checking<br>Confirmation number 1228200933 | 600.00 |
| 12/28 | Trsf from payroll checking<br>Confirmation number 1228202218 | 250.00 |
| 12/29 | Trsf from payroll checking<br>Confirmation number 1229200710 | 14,200.00 |
| 12/30 | Trsf from payroll checking<br>Confirmation number 1230200671 | 3,400.00 |
| 12/30 | Trsf from payroll checking<br>Confirmation number 1230200992 | 2,000.00 |

## OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|



# BANK OF THE SIERRA

Bank of the Sierra Homepage

Date 12/31/20        Page      3

Sierra Business Analysis            XXXXXX8819   (Continued)

## OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|



| 12/18 | DBT CRD 0359 12/18/20 00018726<br>CHEVRON 0090150<br>SAN LUIS OBISCA<br>Card# 7944 | 52.05- |
| 12/18 | DBT CRD 1923 12/17/20 00019814<br>WCI*SOUTHCNTYSANITARY | 61.00- |

 **BANK** OF THE **SIERRA**

_Bank of the Sierra Homepage_

Date 12/31/20      Page      4

Sierra Business Analysis          XXXXXX8819   (Continued)

## OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| | 805-489-4246 CA | |
| | Card# 7944 | |
| 12/18 | DBT CRD 2245 12/17/20 00021046 | 63.73- |
| | GLS US 800 322 5555 | |
| | 800-322-5555 CA | |
| | Card# 7944 | |
| 12/18 | DBT CRD 2245 12/17/20 00021047 | 900.00- |
| | SQ *SIERRA NEVADA BREW | |
| | CHICO      CA | |
| | Card# 7944 | |
| 12/21 | DBT CRD 0900 12/21/20 00019257 | 6.99- |
| | APPLE.COM/BILL | |
| | 866-712-7753 CA | |
| | Card# 7944 | |
| 12/21 | DBT CRD 0900 12/21/20 00019258 | 6.99- |
| | APPLE.COM/BILL | |
| | 866-712-7753 CA | |
| | Card# 7944 | |
| 12/21 | DBT CRD 0900 12/21/20 00019256 | 19.99- |
| | APPLE.COM/BILL | |
| | 866-712-7753 CA | |
| | Card# 7944 | |
| 12/21 | DBT CRD 1956 12/20/20 00014905 | 43.34- |
| | HARLANDCLARKECHECKPRNT | |
| | 877-534-3769 TX | |
| | Card# 7944 | |
| 12/22 | Payment    ATT | 32.17- |
| | PPD | |
| 12/22 | PURCHASE   MATHESON TRI-GAS | 135.23- |
| | CK #1736      PASO   CA | |
| 12/23 | DBT CRD 2247 12/22/20 00029798 | 82.86- |
| | BMC/SO CAL GAS COMPANY | |
| | 800-427-2200 CA | |
| | Card# 7944 | |
| 12/24 | DBT CRD 1928 12/23/20 00025635 | 259.62- |
| | PENSKE TRK LSG 576521 | |
| | ATASCADERO   CA | |
| | Card# 7944 | |
| 12/24 | DBT CRD 1928 12/23/20 00025634 | 660.75- |
| | PENSKE TRK LSG 576521 | |
| | ATASCADERO   CA | |
| | Card# 7944 | |
| 12/29 | DBT CRD 0400 12/29/20 00030501 | 105.70- |
| | ATASCADERO MUTUAL WATE | |
| | 8054662428   CA | |
| | Card# 7944 | |
| 12/29 | DBT CRD 2245 12/28/20 00013368 | 497.75- |
| | EDNA S BAKERY | |



# BANK OF THE SIERRA

_Bank of the Sierra Homepage_

Date 12/31/20          Page      5

Sierra Business Analysis          XXXXXX8819   (Continued)

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| | 805-801-9796 CA | |
| | Card# 7944 | |
| 12/30 | DBT CRD 0845 12/30/20 00020339 | 2,354.94- |
| | BERKSHIRE HATHAWAY INS | |
| | 8444720967   PA | |
| | Card# 7944 | |
| 12/31 | DBT CRD 0848 12/31/20 00014150 | 2,354.94- |
| | BERKSHIRE HATHAWAY INS | |
| | 8444720967   PA | |
| | Card# 7944 | |

## CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 12/22 | 1731 | 1,500.00 | | | |
| | 1733 | 1,180.60 | 12/16 | 1824* | 1,500.00 |
| 12/21 | 1734 | 4,000.00 | 12/31 | 1915* | 500.00 |
| 12/21 | 1735 | 203.78 | | | |
| 12/28 | 1736 | -See above- | | | |
| 12/22 | 1738* | 352.50 | 12/16 | 1938 | 675.00 |
| 12/30 | 1743* | 1,219.27 | 12/21 | 1939 | 1,274.19 |
| 12/31 | 1779* | 3,000.00 | | | |
| 12/30 | 1796* | 2,931.09 | 12/24 | 1946 | 119.96 |
| 12/22 | | | 12/29 | 1947 | 98.40 |

* Denotes missing check numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| | | | | 12/24 | 56.71 |
| | | | | 12/28 | 968.53 |
| | | 12/16 | 2,205.52 | 12/29 | 14,466.68 |
| | | 12/18 | 1,349.98 | 12/30 | 14,159.24 |
| | | 12/21 | 578.39 | 12/31 | 10,085.03 |
| | | 12/22 | 979.90 | | |
| | | 12/23 | 897.04 | | |

**Keep Climbing**



# BANK OF THE SIERRA

*Bank of the Sierra Homepage*

Date 12/31/20      Page    1

Santa Maria Brewing Co Inc
Payroll Account
1451 Fairway Dr
Santa Maria CA 93455

## CHECKING ACCOUNT

Sierra Business Analysis
Account Number          XXXXXX8878      Statement Dates  12/01/20 thru 12/31/20
                                        Days in the statement period        31

Ending Balance          23,958.00

|                          | Total For This Period | Total Year-to-Date |
|--------------------------|-----------------------|--------------------|
| Total Overdraft Fees     |                       |                    |
| Total Returned Item Fees |                       |                    |

## DEPOSITS AND CREDITS





# BANK OF THE SIERRA

Bank of the Sierra Homepage

Date 12/31/20        Page    2

Sierra Business Analysis          XXXXXX8878   (Continued)

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
| --- | --- | --- |





# BANK OF THE SIERRA

Bank of the Sierra Homepage

Date 12/31/20        Page    3

Sierra Business Analysis          XXXXXX8878   (Continued)

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | | |
| 12/15 | BKCD STLMT TSYS/TRANSFIRST CCD | 2,643.05 |
| 12/15 | BKCD STLMT TSYS/TRANSFIRST CCD | 3,705.00 |
| 12/15 | Business Deposit | 20,000.00 |
| 12/16 | BKCD STLMT TSYS/TRANSFIRST CCD | 1,128.23 |
| 12/16 | BKCD STLMT TSYS/TRANSFIRST CCD | 2,855.28 |
| 12/17 | Bill.com    Thomas Hill Orga CCD | 170.00 ✓ |
| 12/21 | RELEASE OF LEVY UNDER WRIT OF EXECUTION | 11,643.16 ✓ |
| 12/21 | RELEASE OF LEVY UNDER WRIT OF EXECUTION | 12,762.01 ✓ |
| 12/22 | BKCD STLMT TSYS/TRANSFIRST CCD | 2,083.82 ✓ |
| 12/22 | BKCD STLMT TSYS/TRANSFIRST CCD | 3,229.48 ✓ |
| 12/23 | BKCD STLMT TSYS/TRANSFIRST CCD | 1,772.04 N |
| 12/23 | BKCD STLMT TSYS/TRANSFIRST CCD | 2,914.92 ´ A |
| 12/23 | RETURN      TSYS/TRANSFIRST CCD | 12,095.41 ✓ |
| 12/23 | RETURN      TSYS/TRANSFIRST CCD | 18,565.55 ✓ |
| 12/24 | BKCD STLMT TSYS/TRANSFIRST CCD | 1,990.44 N |
| 12/24 | BKCD STLMT TSYS/TRANSFIRST CCD | 3,843.30 A |
| 12/28 | BKCD STLMT TSYS/TRANSFIRST CCD | 2,264.68 N |
| 12/28 | BKCD STLMT TSYS/TRANSFIRST CCD | 2,674.29 A |
| 12/28 | BKCD STLMT TSYS/TRANSFIRST CCD | 3,553.04 A |
| 12/28 | BKCD STLMT TSYS/TRANSFIRST CCD | 3,959.24 A |
| 12/28 | BKCD STLMT TSYS/TRANSFIRST CCD | 4,092.04 N |
| 12/28 | BKCD STLMT TSYS/TRANSFIRST CCD | 4,628.27 N |



# BANK OF THE SIERRA

Bank of the Sierra Homepage

Date 12/31/20          Page       4

Sierra Business Analysis            XXXXXX8878   (Continued)

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 12/29 | BKCD STLMT TSYS/TRANSFIRST CCD | 1,769.86 N |
| 12/29 | BKCD STLMT TSYS/TRANSFIRST CCD | 2,993.14 A |
| 12/30 | BKCD STLMT TSYS/TRANSFIRST CCD | 2,321.52 A |
| 12/30 | BKCD STLMT TSYS/TRANSFIRST CCD | 2,400.08 N |
| 12/31 | BKCD STLMT TSYS/TRANSFIRST CCD | 2,507.03 |
| 12/31 | BKCD STLMT TSYS/TRANSFIRST CCD | 4,027.94 |

## OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|



# BANK OF THE SIERRA

Bank of the Sierra Homepage

Date 12/31/20          Page      5

Sierra Business Analysis          XXXXXX8878  (Continued)

**OTHER DEBITS**

| Date | Description | Amount |
|------|-------------|--------|



 **BANK <sup>OF</sup><sub>THE</sub> SIERRA**

Bank of the Sierra Homepage

Date 12/31/20          Page      6

Sierra Business Analysis          XXXXXX8878   (Continued)

**OTHER DEBITS**

| Date | Description | Amount |
|------|-------------|--------|
| 12/15 | E-BILL      FRONTIER ONLINE<br>WEB<br>SANTA MARIA BREWING CO | 140.10- |
| 12/15 | USATAXPYMT IRS<br>CCD | 838.59- |
| 12/15 | RETURN    TSYS/TRANSFIRST<br>CCD | 1,304.83- |
| 12/15 | RETURN    TSYS/TRANSFIRST<br>CCD | 1,682.87- |
| 12/16 | Transf to general checking<br>Confirmation number 1216200189 | 1,500.00- |
| 12/16 | Transf to general checking<br>Confirmation number 1216200607 | 1,000.00- |
| 12/16 | Transf to general checking<br>Confirmation number 1216200646 | 675.00- |
| 12/16 | Transf to general checking<br>Confirmation number 1216201165 | 1,200.00- |
| 12/16 | VEQBNTZ    8X8<br>CCD | 412.26- |
| 12/16 | RETURN    TSYS/TRANSFIRST<br>CCD | 815.93- |
| 12/16 | USATAXPYMT IRS<br>CCD | 1,438.59- |
| 12/17 | BILLPAY    YOUNGS RECEIV CR<br>WEB<br>SANTA MARIA BREWING CO | 262.75- |
| 12/17 | VENDOR PAY US FOODSERVICE<br>CTX<br>ST*820*103732673\<br>BPR*C*1603.26*D*ACH*CTX*01*053 | 1,603.26- |

 **BANK** OF THE **SIERRA**

Bank of the Sierra Homepage

Date 12/31/20      Page      7

Sierra Business Analysis            XXXXXX8878   (Continued)

## OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| | 207766*DA*2000042906937*488037 | |
| 12/18 | PURCHASE    EKOSBREWMASTERLL<br>CCD | 529.00- |
| 12/18 | CORP PMT    SWS of America<br>CCD | 544.11- |
| 12/18 | VENDOR PAY US FOODSERVICE<br>CTX<br>ST*820*103752720\<br>BPR*C*2389.18*D*ACH*CTX*01*053<br>207766*DA*2000042906937*488037 | 2,389.18- |
| 12/21 | Transf to general checking<br>Confirmation number 1221202329 | 3,000.00- |
| 12/21 | Transf to general checking<br>Confirmation number 1221202344 | 450.00- |
| 12/21 | USATAXPYMT IRS<br>CCD | 2,440.87- |
| 12/21 | VENDOR PAY US FOODSERVICE<br>CTX<br>ST*820*103772121\<br>BPR*C*2455.3*D*ACH*CTX*01*0532<br>07766*DA*2000042906937*4880371 | 2,455.30- |
| 12/21 | VENDOR PAY US FOODSERVICE<br>CTX<br>ST*820*103771927\<br>BPR*C*2518.39*D*ACH*CTX*01*053<br>207766*DA*2000042906937*488037 | 2,518.39- |
| 12/22 | Transf to general checking<br>Confirmation number 1222200309 | 3,000.00- |
| 12/22 | Transf to general checking<br>Confirmation number 1222200803 | 2,000.00- |
| 12/22 | USATAXPYMT IRS<br>CCD | 1,220.94- |
| 12/23 | CABLE        COMCAST<br>WEB<br>SANTA MARIA *BREWING C | 115.00- |
| 12/23 | CORP PMT    SWS of America<br>CCD | 719.99- |
| 12/23 | USATAXPYMT IRS<br>CCD | 1,220.93- |
| 12/23 | VENDOR PAY US FOODSERVICE<br>CTX<br>ST*820*103820078\<br>BPR*C*1441.46*D*ACH*CTX*01*053<br>207766*DA*2000042906937*488037 | 1,441.46- |
| 12/24 | Transf to general checking<br>Confirmation number 1224200836 | 200.00- |
| 12/24 | CABLE        COMCAST<br>WEB | 66.00- |



# BANK <sub>OF</sub><sub>THE</sub> SIERRA

Bank of the Sierra Homepage

Date 12/31/20        Page     8

Sierra Business Analysis            XXXXXX8878   (Continued)

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| | SANTA MARIA *BREWING C | |
| 12/28 | Transf to general checking | 600.00- |
| | Confirmation number 1228200933 | |
| 12/28 | Transf to general checking | 250.00- |
| | Confirmation number 1228202218 | |
| 12/28 | DIRECTV    DIRECTV | 309.20- |
| | TEL | |
| 12/28 | INTERNET   WASTE MANAGEMENT | 480.66- |
| | WEB | |
| | MOLES KAREN | |
| 12/28 | VENDOR PAY US FOODSERVICE | 1,519.37- |
| | CTX | |
| | ST*820*103882412\ | |
| | BPR*C*1519.37*D*ACH*CTX*01*053 | |
| | 207766*DA*2000042906937*488037 | |
| 12/28 | VENDOR PAY US FOODSERVICE | 2,343.53- |
| | CTX | |
| | ST*820*103882462\ | |
| | BPR*C*2343.53*D*ACH*CTX*01*053 | |
| | 207766*DA*2000042906937*488037 | |
| 12/28 | USATAXPYMT IRS | 2,444.59- |
| | CCD | |
| 12/29 | Transf to general checking | 14,200.00- |
| | Confirmation number 1229200710 | |
| 12/29 | Payment    ATT | 52.80- |
| | PPD | |
| 12/29 | Payment    ATT | 225.91- |
| | WEB | |
| | Karen Moles | |
| 12/29 | USATAXPYMT IRS | 1,222.30- |
| | CCD | |
| 12/29 | CDTFA EPMT CA DEPT TAX FEE | 2,782.50- |
| | CCD | |
| 12/30 | Transf to general checking | 3,400.00- |
| | Confirmation number 1230200671 | |
| 12/30 | Transf to general checking | 2,000.00- |
| | Confirmation number 1230200992 | |
| 12/30 | CORP PMT   SWS of America | 335.90- |
| | CCD | |
| 12/30 | VENDOR PAY US FOODSERVICE | 1,009.49- |
| | CTX | |
| | ST*820*103920240\ | |
| | BPR*C*1009.49*D*ACH*CTX*01*053 | |
| | 207766*DA*2000042906937*488037 | |
| 12/30 | USATAXPYMT IRS | 1,222.29- |
| | CCD | |



# BANK OF THE SIERRA

*Bank of the Sierra Homepage*

Date 12/31/20        Page      9

Sierra Business Analysis            XXXXXX8878   (Continued)



## CHECKS IN NUMERICAL ORDER

| Date  | Check No | Amount  | Date  | Check No | Amount   |
|-------|----------|---------|-------|----------|----------|
| 12/18 | 527*     | 300.00  | 12/30 | 46803    | 945.98   |
|       |          |         | 12/15 | 46805*   | 963.01   |
| 12/31 | 46675*   | 963.01  |       |          |          |
| 12/16 | 46691*   | 117.75  |       |          |          |
| 12/17 | 46721*   | 34.70   | 12/15 | 46812*   | 213.61   |
|       |          |         | 12/30 | 46813    | 367.61   |
| 12/15 | 46739*   | 954.88  | 12/15 | 46817*   | 116.30   |
| 12/22 | 46752*   | 945.99  |       |          |          |
|       |          |         | 12/15 | 46826    | 904.89   |
|       |          |         | 12/17 | 46829*   | 401.05   |
|       |          |         | 12/18 | 46830    | 438.33   |
| 12/21 | 46773*   | 954.88  |       |          |          |
|       |          |         | 12/15 | 46839    | 202.22   |
| 12/23 | 46785    | 140.07  |       |          |          |
|       |          |         | 12/15 | 46847    | 1,322.88 |
|       |          |         | 12/16 | 46848    | 963.01   |
|       |          |         | 12/15 | 46849    | 1,067.83 |
|       |          |         | 12/17 | 46850    | 103.45   |
|       |          |         | 12/23 | 46851    | 336.98   |
|       |          |         | 12/21 | 46852    | 743.19   |
|       |          |         | 12/17 | 46853    | 442.04   |
|       |          |         | 12/21 | 46855*   | 314.16   |

* Denotes missing check numbers



**BANK OF THE SIERRA**

Bank of the Sierra Homepage

Date 12/31/20        Page    10

Sierra Business Analysis              XXXXXX8878   (Continued)

## CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 12/16 | 46856 | 302.88 | 12/21 | 46891* | 629.02 |
| 12/15 | 46858* | 761.87 | 12/28 | 46892 | 294.75 |
| | | | 12/24 | 46893 | 157.55 |
| | | | 12/23 | 46894 | 66.18 |
| 12/16 | 46861 | 44.62 | 12/29 | 46895 | 144.27 |
| 12/23 | 46862 | 102.87 | 12/21 | 46896 | 296.42 |
| 12/15 | 46863 | 224.96 | 12/22 | 46898* | 319.72 |
| | | | 12/22 | 46899 | 330.74 |
| 12/21 | 46865 | 954.89 | 12/22 | 46900 | 671.93 |
| 12/15 | 46866 | 554.37 | 12/22 | 46901 | 907.75 |
| 12/15 | 46867 | 206.34 | 12/23 | 46903* | 423.25 |
| 12/17 | 46868 | 547.10 | 12/21 | 46904 | 101.36 |
| 12/22 | 46869 | 106.78 | 12/31 | 46906* | 1,322.88 |
| 12/15 | 46870 | 994.62 | 12/29 | 46908* | 1,067.83 |
| | | | 12/29 | 46911* | 283.33 |
| 12/28 | 46872 | 130.32 | 12/31 | 46912 | 732.57 |
| 12/21 | 46873 | 40.48 | 12/30 | 46913 | 454.45 |
| 12/21 | 46874 | 44.74 | 12/29 | 46914 | 839.76 |
| 12/28 | 46875 | 400.00 | 12/30 | 46916* | 354.65 |
| 12/28 | 46876 | 837.76 | 12/30 | 46918* | 576.49 |
| 12/21 | 46877 | 950.54 | 12/29 | 46920* | 243.41 |
| 12/21 | 46878 | 1,322.89 | 12/29 | 46922* | 103.80 |
| 12/24 | 46879 | 761.88 | 12/28 | 46923 | 204.75 |
| 12/22 | 46882* | 1,067.82 | 12/29 | 46925* | 411.08 |
| 12/21 | 46883 | 842.34 | 12/30 | 46926 | 92.17 |
| 12/29 | 46884 | 209.24 | 12/28 | 46928* | 643.62 |
| 12/23 | 46885 | 243.96 | 12/30 | 46929 | 263.98 |
| 12/29 | 46886 | 728.75 | 12/29 | 46931* | 966.19 |
| 12/23 | 46887 | 432.93 | 12/28 | 46932 | 357.10 |
| 12/28 | 46888 | 142.82 | 12/30 | 46933 | 950.54 |
| 12/22 | 46889 | 271.16 | 12/30 | 46934 | 433.10 |

* Denotes missing check numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| | | | | 12/23 | 31,983.31 |
| | | | | 12/24 | 36,631.62 |
| | | 12/15 | 13,920.32 | 12/28 | 46,844.71 |
| | | 12/16 | 9,433.79 | 12/29 | 28,126.54 |
| | | 12/17 | 6,209.44 | 12/30 | 20,441.49 |
| | | 12/18 | 1,062.84 | 12/31 | 23,958.00 |
| | | 12/21 | 7,408.54 | | |
| | | 12/22 | 1,879.01 | | |

**Keep Climbing**