### CERTIFICATE OF SANTA MARIA BREWING CO INC., AUTHORIZING FILING OF PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, *Byron Moles* do hereby certify:

1. That I am the *President/CEO* of Santa Maria Brewing Co, Inc.

2. On *Dec 15th* 2020, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

RESOLVED, that the CEO of this corporation be and he is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and for the best interests of this corporation, its creditors, stockholders and other interested parties, that a Petition be filed by this corporation under the provisions of Chapter 11 of the Bankruptcy Code.

FURTHER RESOLVED that, if the CEO of this corporation shall make such a determination, then a Petition under said Chapter 11 shall be filed as submitted by the CEO of the corporation and the same hereby is approved and adopted in all respects, and that the CEO of this corporation is hereby authorized and directed, on behalf of and in the name of the corporation, to execute and verify such Petition and to cause the same to be filed with the United States Bankruptcy Court, Central District of California or such other venue as may be appropriate.

FURTHER RESOLVED that, the CEO of this corporation, and/or other officers of the Debtor be and they are hereby authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary and proper in connection with such proceedings under said Chapter 11 and in that connection to retain and employ all assistance by legal counsel or otherwise which he may deem necessary and proper with a view to the successful termination of such proceedings.

FURTHER RESOLVED that, the firm of LESLIE COHEN LAW, PC, be and it hereby is retained as attorneys for the corporation in connection with the consulting, preparation, negotiating and institution of and maintaining of such proceedings.

DATED: 1/25/20

_____
Byron Moles
CEO

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie A Cohen (SBN 93698)<br>J'aime K. Williams (SBN 261148)<br><br>LESLIE COHEN LAW PC<br>506 Santa Monica Blvd, Ste 200<br>Santa Monica, CA 90401<br>T: 310-394-5900  F: 310-394-9280<br>leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br><br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>Santa Maria Brewing Co, Inc.<br><br><br>Debtor(s). | CASE NO.: 9:20-bk-11486-DS<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Byron Moles_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation
    ☐ I am a party to an adversary proceeding
    ☐ I am a party to a contested matter
    ☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    Byron and Karen Moles - approx. 12%
    Jeff Campbell - approx. 11%

    [For additional names, attach an addendum to this form.]

b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: _____

By: _____
      Signature of Debtor, or attorney for Debtor

Name: Byron Moles, CEO
        Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**

Byron and Karen Moles
PO Box 923
Santa Maria, CA 93456

Gregory Palte
1537 Zircon Ct.,
Santa Maria, CA 93455

U.L. Frank Flores
125 W Fester St.,
Santa Maria, CA 93458

Randy Melcombe
PO Box 1924
Santa Ynez, CA 93460

Lester Neblett III
PO Box 345
Davis, CA 95616

Lance Neblett
3869 Mira Lima Dr.
Santa Maria, CA 93455

Kump Family Trust
480 N Las Flores Dr.
Nipomo, CA 93444

Mark McNutt
977 Diamon Dr.
Santa Maria CA 93455

Gregory D Rodriguez
4765 S Blosser Rd.,
Santa Maria, CA 93455


Dean Siegrisst Trust
4967 Pleasant Pl.
Santa Maria, CA 93455


David Fortin
11624 Whitehaven St.
Oak Hills, CA 92344


Robert J Strickland
40 Breakneck Rd.
Newcastle, WY 82701


Steven Finn
5889 Aubrey Way
Santa Maria, CA 93455


Richard McCarthy
103 Dizerega Ct., SW
Leesberg VA 20175


Mark Raymond
113 Sugar Hill Ct.
Elizabethtown, KY 42701


Richard Pike
2526 Firestone Ct.,
Santa Maria, CA 93455

Bryan Fortin
466 Stansbury Dr.
Santa Maria, CA 93455


Daniel Sheridan
1250 Suttermill Ln.
Nipomo, CA 93444


Mason Turner
2405 Kayoming Way
Bakersfield, CA 93306

Brent Wallingford
620 Jacob Ln
Santa Maria, CA 93455


Christine Steiner
201 Five Cities Dr. #102
Pismo Beach, CA 93449


Steve Golis
1560 Alamo Pintado
Solvang, CA 93463


Linda Smith
296 Machado Ave.,
Santa Maria, CA 93455


Jeff Campbell
4000 country Club Dr.
Bakersfield, CA 93306

Steve Mussack
4988 Chancellor Ln.
Eugene, OR 97402


Joseph Witts
735 Richmind Ct.
Santa Maria, CA 93455

Joseph Bertao
2324 Nightshade Ln.
Santa Maria CA 93455


Rodney Martinez
804 E Lavonne Dr.
Santa Maria, CA 93454


Sean Knoph
7120 Valle Ave
Atascadero, CA 93422


Joel Clay
10000 El Bordo Ave
Atascadero, CA  93422


Don Giessinger
9070 La Paz Ln.
Atascadero 93422


Michael D and Marianne McCormick
2053 A Street
Santa Maria, CA 93455

Mike and Tammy Payne
4160 Glenview Dr.
Santa Maria, CA 93455


Joseph and Sarah Nemeth
2741 Stephen Pl.
Santa Maria, CA 93455


Charles D and Beth A Hice
845 Primrose
Nipomo, CA 93444


Stephen Siemsen
945 Quail Meadows Ct
Orcutt, CA 93455


Kyle Leverett
1650 N Stratford Ave
Santa Maria, CA 93454


Dionysios Pettas
10 Villa Ct
San Luis Obispo 93401


Trinidad Hernandez
1380 Foxenwood Dr
Orcutt, CA 93455


Kerry McElhiney and Thomas Quino
224 Oleander Ave
Lemoore, CA 93245

Demetrios Pettas
5000 Hawxhurst Ct.
Antioch, CA 94531


Preston and Sara Vogt
11 Angello Terrace
Grover Beach, CA 93433


Kenneth A Peterson
1586 Paloma Pl.
Arroyo Grande, CA 93420


Clyde and Pauline Hernandez
1108 Rosewood Dr.
Santa Maria, CA 93458


Richard Michael Treinen
5755 Ground Squirrel Hollow
Paso Robles, CA 93446

Daniel Rizzo
14629 255th Ave SE
Issaquah, WA 98027


Jorge Espinoza Jr
2401 N Preisker Ln #18
Santa Maria, CA 93458


Thomas and Debora Agayoff
1941 ironwood Dr.
Santa Maria, CA 93455

Beau Kramer
5713 Glenview Lane
Santa Maria, CA 93401


George H Wake
3215 Lupine Canyon Road
Avila Beach, CA 93424


Thomas L and Laurie Zuur
3475 Arena Road
Atascadero, CA 93422


Daniel G and Melissa D Sessions
1165 Osage St.
Nipomo, CA 93444


Greg and Wendy Saunders
PO Box 738
Los Alamos, CA 93440


Nicholas A and Gerald E Patterson
2510 Nadine Dr.,
Colorado Springs, CO 80916-2921


Heather Speer and Kali Beard
4521 Windward Way
Paso Robles, CA 93446


Lauro and Shanna Garcia
5403 Fresno Ave
Atascadero, CA 93422

Clayton and Shannon Gambril
1245 Dawn Road
Nipomo, CA 93444


Randall Dworaczyk
725 Bradley Ct
Santa Maria, CA 93454


Tim E Kreiss
861 Greenacre Dr.
Santa Maria, CA 93455


Rogelio Teniente
532 Monterey Road
Santa Maria, CA 93455


Manuel Ibarra Jr
532 Monterey Road
Santa Maria, CA 93455


Richard Cuello Jr.
2509 Santa Rosa St
Santa Maria, CA 93455


Mark Borjon
3223 Pleiades
Creston, CA 93432


John R Defosse
3810 Mono Pl.
Santa Maria, CA 93455

Robert Fargo
1134 Ramona Unit A
Grover Beach, CA 93433


The Stump Family Trust
480 Pablo Lane
Nipomo, CA 93444


James Fletcher
PO Box 421
Lockwood, CA 93932


Kenneth Miller
4746 Christenson St.
Brentwood, CA 94513


Christi Rodriguez
105 Oak St. #C
Paso Robles, CA 93446


c/o Chadwick Frandsen
7936 San Luis Avenue
Atascadero, CA 93422


Paul Olivas
2359 Ocean St.,
Oceano, CA 93445


Mark Jordan
727 Koval Lane
Santa Maria, CA 93455

Dennis | Sue Shaleen
749  Glenhaven Pl.
Nipomo, CA 93444


Kathleen Broemmelsick
5668 Silverado Pl.
Paso Robles, CA 93446


Jeff D Stiarwalt
5668 Silverado Pl.
Paso Robles, CA 93446


John and Denise Nielsen
7525 Santa Ynez Ave
Atascadero, CA 93422


Rudolph D'Souza
506 El Nido Ct
Santa Maria, CA 93455


Karina Lua and Juan Carlos
839 Patti Ln
Santa Maria, CA 93458


Joseph A Leos
499 Jupiter Dr
Nipomo, CA 93444


Lori Kastner
8070 Coromar Ave
Atascadero, CA 93422

Gregg Michael Norton
1804 Carino Ct
Paso Robles, CA 93466


Bobby L | Barbara A Rollins
922 Player Ln
Paso Robles, CA 93446


Robert and Patricia O'Connell
150 Siler Ln
Santa Maria, CA 93455


Jeffrey D Brown
3735 Los Padres Rd
Santa Maria, CA 93455


John M and Katherine Benedetti
1627 Alison Ave
Santa Maria, CA 93458


Omeed Farokhiazar
1643 Shepherd Dr
Paso Robles, CA 93446


Grand and Elaina Ealy
2667 Lexington Ave
Santa Maria, CA 93458


Mike Siegrist
110 England Dr.
Huntland, TN 37345

James N Wilson
7719 E Chuparosa Cir
Gold Canyon, AZ 85118-7122


James Border
4401 Wasatch Dr
La Canada, CA 91011


Daniel C Sahagun
1644 Ocala Ave
Chula Vista, CA 91911


Anita Sahagun Escalante
402 Victory Ave
Manteca, CA 95336


Jerry L and Janyce A Salazar
247 Portland Dr.
Santa Maria, CA 93458


Eva Patricia Sterzay
152 S Lone Hill Ave
Glendora 91741


Jack W Luepke
2005 Idyllwild Pl
Arroyo Grande, CA 93420


Mark Hongo
301 Tognazzini Ave
Guadalupe, CA 93434

Janet E Steiniger
775 Post St #306
San Francisco, CA 94109


Corrine Helweh
6201 Los Gatos Rd
Atascadero, CA 93422


The Sheehy Revocable Trust
13128 Hartsook St.
Sherman Oaks, CA 91423


Jackie Seehof
355 Mars Ct.
Nipomo, CA 93444


Mitchell Garcia and Cheryl Burgess
418 Windsor Gate Dr
Fortmill, CT 29708

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    n/a

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    n/a

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at __Santa Maria_____, California          Byron Moles, CEO    _Byron Moles_
                                                         Signature of Debtor 1

Date: _1-28-21_____

                                                         _____
                                                         Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name ___Santa Maria Brewing Co Inc.___

United States Bankruptcy Court for the: ___Central District of California___
(State)

Case number (If known): ___9:20-bk-11486-DS___

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................

   $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................

   $  820,703.08

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................

   $  820,703.08

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................

   $ 4,093,449.58

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................

   $  1,600.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................................

   **+**$  8,330,682.86

4. **Total liabilities** .................................................................................................................
   Lines 2 + 3a + 3b

   $ 12,425,732.44

---

**Fill in this information to identify the case:**

Debtor name __Santa Maria Brewing Co Inc.__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): __9:20-bk-11486-DS__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 2,172.84 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of the Sierra | Checking | 8  8  1  9 | $ 5.52 |
| 3.2. Bank of the Sierra | Checking | 8  8  7  8 | $ 13,920.32 |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. _____ | $_____ |
| 4.2. _____ | $_____ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $ 16,098.68 |

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1. Security Deposit - 115 and 109 Cuyama | $ 2,500.00 |
| 7.2. See continuation sheet | $ 51,993.30 |

Debtor    Santa Maria Brewing Co Inc.
   Name

Case number *(if known)* 9:20-bk-11486-DS

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

9.  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 54,493.30

---

**Part 3:**  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

                                    **Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 6,952.10 | – | 300.00 | = ........ → | $ 6,652.10 |
| 11b. Over 90 days old: | 57,894.29 | – | 57,894.29 | = ........ → | $ 0.00 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 6,652.10

---

**Part 4:**  Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1. _____ | _____ | $_____ |
| 14.2. _____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                  % of ownership:

| | | | |
|---|---|---|---|
| 15.1. _____ | _____% | _____ | $_____ |
| 15.2. _____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1. _____ | _____ | $_____ |
| 16.2. _____ | _____ | $_____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor    Santa Maria Brewing Co Inc.
_____    Case number (if known) _9:20-bk-11486-DS_____
    Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Raw food and goods for restaurants | 11/15/2020 MM / DD / YYYY | $_____ | Counted daily as part of _____ | 8,500.00 $_____ |
| 20. **Work in progress** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** Maintained by computer software | 11/15/2020 MM / DD / YYYY | $_____ | software _____ | 36,659.00 $_____ |
| 22. **Other inventory or supplies** Empty bottles/cans | 11/15/2020 MM / DD / YYYY | $_____ | _____ | $35,000 $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    $ 80,159.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor    Santa Maria Brewing Co Inc.                                    Case number *(if known)*  9:20-bk-11486-DS
          Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                      $_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>Restaurant tables, chairs, misc. furniture | $_____ | Estimated | $ 1,000.00 |
| **40. Office fixtures**<br>6 build-in desks | $_____ | estimated | $ 200.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>3 computers, 2 safes, 6 ipad POS (3 working), 22 tvs (1-4 years old) | $_____ | Estimated | $ 3,200.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 Restaurant decor - old signs | $_____ | Estimated | $ 400.00 |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                      $ 4,800.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Santa Maria Brewing Co Inc.                                    Case number *(if known)*    9:20-bk-11486-DS
          Name

---

**Part 8:**    **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2003 Dodge 3500 (fully encumbered) | $_____ | _____ | $ 0.00 |
| 47.2 2002 Ford Ranger | $_____ | _____ | $ 2,500.00 |
| 47.3 1982 Ford Firetruck | $_____ | _____ | $ 2,000.00 |
| 47.4 See continuation sheet | $ 0.00 | _____ | $ 4,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Brewing, Distilling, and kitchen equipment, including 3 forklifts (1 encumbered)

| | | | |
|---|---|---|---|
| | $_____ | Estimated | $ 650,000.00 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 658,500.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Santa Maria Brewing Co Inc.                                           Case number (if known)  9:20-bk-11486-DS
         _____
         Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1  115 and 109 Cuyama Lane, Nipomo, CA 93444<br>(restaurant/tap room) | Lessee | $ 0.00 | | $ 0.00 |
| 55.2  7935 San Luis Ave, Atascadero, CA 93422<br>(restaurant, brewery, distiller) | Lessee | $ 0.00 | | $ 0.00 |
| 55.3  See continuation sheet | | $ 0.00 | | $ 0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Trademarks: logo; 11 beer names | $ | | Unknown, if any<br>$ |
| 61. **Internet domain names and websites**<br>santamariabrewingcompany; smbrew; santamariabrewingco | $ | | Unknown, if any<br>$ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer email list | $ | | Unknown, if any<br>$ |
| 64. **Other intangibles, or intellectual property**<br>social media accounts (facebook, instagram, twitter) | $ | | Unknown, if any<br>$ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    Santa Maria Brewing Co Inc.    Case number (if known) 9:20-bk-11486-DS
_____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

- ☐ No
- ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➡    $_____

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet

_____    $ Unknown, if any

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

Debtor    Santa Maria Brewing Co Inc.
_____    Case number (if known)    9:20-bk-11486-DS
         Name

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 16,098.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 54,493.30 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 6,652.10 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 80,159.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 4,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 658,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 820,703.08 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. .................................................    785,703.08 .................................................    $ 820,703.08

| Debtor 1 | Santa Maria Brewing Co Inc. | | | | 9:20-bk-11486-DS |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | |

## <u>Continuation Sheet for Official Form 206 A/B</u>

**7) Deposits, including security deposits and utility deposits**

| | |
|---|---|
| Security Deposit – 7930 El Camino | $4,000.00 |
| Security Deposit – 7935 San Luis Ave | $14,000.00 |
| Security Deposit – 7625 San Luis Ave | $3,000.00 |
| Deposit with Santa Barbara Land Co (3696 Skyway) | $23,693.30 |
| Security Deposit – 1401 Park St (Status unknown due to receiver settlement) | $7,300.00 |

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | |
|---|---|
| 2017 Dodge Ram Van | 2,000.00 |
| 2013 Ford Transit | 2,000.00 |

**55) Real property**

| | | |
|---|---|---|
| 7625 San Luis Ave, Atascadero, CA 93422 (storage) | 0.00 | 0.00 |
| Lessee | | |
| 7930 El Camino, Atascadero, CA 93422 (storage) | 0.00 | 0.00 |
| Lessee | | |
| 823 W. Knudsen Way, Santa Maria, CA (storage) | | 0.00 |
| Lessee | | |

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | | |
|---|---|---|---|
| Potential claims against Santa Barbara Land co | wrongful litigation | 0.00 | Unknown, if any |
| See Schedule A/B Part 11, Question 74 Attachment | Fraudulent lending | 0.00 | Unknown, if any |
| Potential claims against Michael Early | breach of contract; wrongfully withheld stock | 0.00 | Unknown, if any |
| Potential claims | wrongful litigation | 0.00 | Unknown, if any |

9:20-bk-11486-DS

Debtor 1 ___Santa Maria Brewing Co Inc.___    Case number (if known)_____
First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 206 A/B

**against Landsberg**
**Orora**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Santa Maria Brewing Co Inc. |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known): | 9:20-bk-11486-DS |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
Ace Funding

Describe debtor's property that is subject to a lien

Column A: $ 172,372.22      Column B: $ 0.00

Creditor's mailing address
90 State St Ste 700
Albany, NY 12207

Describe the lien
Judgment

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2** Creditor's name
Alpha Capital

Describe debtor's property that is subject to a lien

Column A: $140,387.75      Column B: $0.00

Creditor's mailing address
735 W Broadway
Woodmere, NY 11598

Describe the lien
Judgment

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred
Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $ 4,093,449.58

Debtor  Santa Maria Brewing Co Inc.                                    Case number (if known)  9:20-bk-11486-DS
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** Creditor's name
Biz Fund LLC

**Describe debtor's property that is subject to a lien**

$92,412.62          $0.00

**Creditor's mailing address**

2371 McDondald Ave
Brooklyn, NY 11223

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**
Judgment

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.4** Creditor's name
Business Merchants

**Describe debtor's property that is subject to a lien**

$132,133.69          $0.00

**Creditor's mailing address**

1024 Ave M
Brooklyn, NY 10038

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**
Judgment

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Debtor  Santa Maria Brewing Co Inc.
_____
Name                              Case number *(if known)*  9:20-bk-11486-DS

| **Part 1:** | **Additional Page** | | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**
Complete Business Solutions Group Inc.
_____

**Creditor's mailing address**

22 N. 3rd Street
Philadelphia, PA 19106
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Judgment
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$202,940.03       $0.00

---

**2.6** **Creditor's name**
Employment Development Department
_____

**Creditor's mailing address**

Bankruptcy Group MIC 92E
P. O. Box 826880, Sacramento, CA 94280-
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$183,348.33       $0.00

---

Debtor    Santa Maria Brewing Co Inc.                                    Case number _(if known)_    9:20-bk-11486-DS
         Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Part 1:    Additional Page**

Column A
**Amount of claim**
Do not deduct the value
of collateral.

Column B
**Value of collateral
that supports this
claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** **Creditor's name**
Internal Revenue Service

**Describe debtor's property that is subject to a lien**

$1,382,785.00        $0.00

**Creditor's mailing address**

P.O. Box 7346
Philadelphia, PA 19101-7346

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**
Statutory

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.8** **Creditor's name**
Kash Capital

**Describe debtor's property that is subject to a lien**

$139,918.75        $0.00

**Creditor's mailing address**

475 Northern Blvd
Great Neck, NY 11021

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**
Judgment

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    Santa Maria Brewing Co Inc.
_____    Case number (if known)___9:20-bk-11486-DS___
Name

| Part 1: | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.9** **Creditor's name**
Keg Logistics
_____

**Creditor's mailing address**

PO Box 912908
_____
Denver, CO 80291
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

<div style="border:1px solid #000;height:40px;"></div>

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Kegs

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$60,038.00    $0.00

---

**2.10** **Creditor's name**
Landsberg Orora Inc.
_____

**Creditor's mailing address**

1900 W University Dr Ste 101
_____
Tempe, AZ 85281
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

<div style="border:1px solid #000;height:40px;"></div>

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Canning line equipment

**Describe the lien**
Judgment

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$587,312.01    $175,000.00

---

Debtor    Santa Maria Brewing Co Inc.                                    Case number _(if known)_  9:20-bk-11486-DS
         Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** Creditor's name
Michael & Marrianne McCormick

Describe debtor's property that is subject to a lien

UCC-1 - Atascadero Equipment                    $ 500,000.00    $ 550,000.00

**Creditor's mailing address**

2053 A St
Santa Maria, CA 93455

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12** Creditor's name
Michael & Marrianne McCormick

Describe debtor's property that is subject to a lien

2003 Dodge Truck                    $ 10,000.00    $ 10,000.00

**Creditor's mailing address**

2053 A St
Santa Maria, CA 93455

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Santa Maria Brewing Co Inc.
                Name                                                              Case number (if known)    9:20-bk-11486-DS

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13** Creditor's name
Prospero / Associated Wine Systems

**Describe debtor's property that is subject to a lien**

Fermentation Tanks                                   $87,000.00        $0.00

**Creditor's mailing address**

7787 Bell Rd
Windsor, CA 95492

**Creditor's email address, if known**

**Date debt was incurred**  _____

**Describe the lien**

Agreement you made

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14** Creditor's name
San Luis Obispo County Tax Collector

**Describe debtor's property that is subject to a lien**

$4,456.64        $0.00

**Creditor's mailing address**

1055 Monterey St, Room D-290
San Luis Obispo, CA 93408

**Creditor's email address, if known**

**Date debt was incurred**  _____

**Describe the lien**

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Santa Maria Brewing Co Inc.
_____    Case number (if known) __9:20-bk-11486-DS__
Name

| | | |
|---|---|---|

**Part 1:**    **Additional Page**

|  | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.15** **Creditor's name**
Santa Barbara County Tax Collector

_____

**Creditor's mailing address**

PO Box 579
Santa barbara, CA 93102

**Creditor's email address, if known**

_____

**Describe debtor's property that is subject to a lien**

$11,865.51    $0.00

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16** **Creditor's name**
Unique Funding

_____

**Creditor's mailing address**

2715 Coney Island Ave
Brooklyn, NY 11235

**Creditor's email address, if known**

_____

**Describe debtor's property that is subject to a lien**

$162,041.58    $0.00

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**
Judgment

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor    Santa Maria Brewing Co Inc.
              Name

Case number (if known)    9:20-bk-11486-DS

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.17** Creditor's name
Yellowstone Capital

**Describe debtor's property that is subject to a lien**

$224,437.45        $0.00

**Creditor's mailing address**

116 Nassau St 8th Floor
New York, NY 10038

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

Judgment

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.___** Creditor's name

**Describe debtor's property that is subject to a lien**

$_____        $_____

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Santa Maria Brewing Co Inc. | Case number *(if known)* | 9:20-bk-11486-DS |
|---|---|---|---|
| | Name | | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Alpha Capital Source Inc.<br>734 W Broadway<br>Woodmere, NY, 11598 | Line 2. 2 | _____ |
| Berkovich & Bouskila PLLC<br>5 Hanover Sq, Ste 2102<br>New York, NJ, 10004 | Line 2. 8 | _____ |
| Bizfund LLC<br>2373 MCDONALD AVE FL 2ND<br>Brooklyn, NY, 11223 | Line 2. 3 | _____ |
| Brian Schechter<br>2371 McDonald Ave<br>Brooklyn, NY, 11223 | Line 2. 3 | _____ |
| Business Merchant Funding<br>1022 Avenue M<br>Brooklyn, NY, 11230 | Line 2. 4 | _____ |
| EDD<br>PO Box 826880 MIC 92T<br>Sacramento, CA, 94280 | Line 2. 6 | _____ |
| EDD<br>722 Capitol Mall<br>Sacramento, CA, 95814 | Line 2. 6 | _____ |
| IRS<br>P.O. BOX 145595<br>Cincinnati, OH, 45250 | Line 2. 7 | _____ |
| IRS attn: Mary Garcia<br>2384 Professional Pkwy<br>Santa Maria, CA, 93455 | Line 2. 7 | _____ |
| Joe Lieberman<br>815 Central Ave<br>Lawrence, NY, 11559 | Line 2. 1 | _____ |
| Joe Lieberman<br>815 Central Ave<br>Lawrence, NY, 11559 | Line 2. 16 | _____ |
| Keg Logistics LLC<br>9110 E NICHOLS AVE STE 105<br>Centennial, CO, 80112 | Line 2. 9 | _____ |
| Landsberg Orora<br>6600 VALLEY VIEW ST<br>Buena Park, CA, 90620 | Line 2. 10 | _____ |
| Law Office of Jason Gang<br>1245 Hewlett Plaza # 478<br>Hewlett, NY, 11557 | Line 2. 4 | _____ |

| Debtor | Santa Maria Brewing Co Inc. | Case number *(if known)* | 9:20-bk-11486-DS |
|---|---|---|---|
| | Name | | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Ryan Stumphauzer, Esq.<br>One Biscayne Tower<br>2 South Biscayne Blvd. Ste. 1600<br>Miami, FL, 33131 | Line 2. 5 | _____ |
| Tara N Pompareli<br>30 Wall St 8th Fl<br>New York, NY, 10005 | Line 2. 2 | _____ |
| Thomas Vance<br>Vance Vance & Blair<br>991 Lomas Santa Fe Dr Ste C435<br>Solana Beach, CA, 92075 | Line 2. 10 | _____ |
| Vadim Serebro<br>55 Broadway 3rd Fl<br>New York, NY, 10006 | Line 2. 17 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____ Santa Maria Brewing Co Inc. _____

United States Bankruptcy Court for the: Central District of California _____

Case number  9:20-bk-11486-DS
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
CA Dept of Tax and Fee
Sales Tax and Manufacturing Tax
PO Box 942879
sacramento, CA, 94279

As of the petition filing date, the claim is: $ Unknown          $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Franchise Tax Board
Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA, 95812-2952

As of the petition filing date, the claim is: $ 1,600.00          $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____          $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:

**Last 4 digits of account number** _____

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

Debtor    Santa Maria Brewing Co Inc.                    Case number *(if known)*  9:20-bk-11486-DS
          Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |

**3.1**
**Nonpriority creditor's name and mailing address**
Allen & Kimbell LLP
317 E Carrillo St

Santa Barbara, CA, 93101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Professional Services

$ 15,411.85

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
AmTrust North America
800 Superior Ave E

Cleveland, OH, 44114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Insurance

$ 24,625.79

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
Andrew Bebee
1005 E El Camino

Santa Maria, CA, 93454

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Monies Loaned / Advanced

$ 11,000.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
Apex Fire Control Services Inc.
PO Box 2964

Paso Robles, CA, 93447

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  trade debt

$ 569.47

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**
Bank of the Sierra
86 North Main St

Porterville, CA, 93257

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  PPP Loan

$ 353,250.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**
Barry McLamb
2585 Solono Rd #H

Pismo Beach, CA, 93449

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Monies Loaned / Advanced

$ 20,000.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sierra Maria Brewing Co Inc
          Name

          Case number (if known)    9:20-bk-11486-DS

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7** **Nonpriority creditor's name and mailing address**

Benuck & Rainey
25 Concord Rd

Lee, NH, 3861

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Collection Agency

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 8,464.93

---

**3.8** **Nonpriority creditor's name and mailing address**

BSG Craft Brewing
800 First Ave West

Shakopee, MN, 55379

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 40,917.01

---

**3.9** **Nonpriority creditor's name and mailing address**

Caine & Weiner
2000 Warrington Way

Louisville, KY, 40222

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collection Agency

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 27,168.66

---

**3.10** **Nonpriority creditor's name and mailing address**

Cal Recycle
1001 I Street

sacramento, CA, 95814

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 8,132.97

---

**3.11** **Nonpriority creditor's name and mailing address**

Calvin Chan
10 Villa Ct

San Luis Obispo, CA, 93401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 10,000.00

---

| Debtor | Santa Maria Brewing Co Inc | Case number (if known) | 9:20-bk-11486-DS |
|---|---|---|---|
| | Name | | |

| | Part 2: | Additional Page |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 12** Nonpriority creditor's name and mailing address

City of Santa Maria
110 E Cook St, Room 9

Santa Maria, CA, 93454

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,895.50

Basis for the claim: Utilities - 1451 Fairway Dr.

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 13** Nonpriority creditor's name and mailing address

Clyde & Pauline Hernandez
1108 Rosewood Dr

Santa Maria, CA, 93458

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200,000.00

Basis for the claim: Investment/Debt Equity

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 14** Nonpriority creditor's name and mailing address

Compwest Insurance
PO Box 40790

Lansing, MI, 48901

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24,371.00

Basis for the claim: trade debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 15** Nonpriority creditor's name and mailing address

Corrine and Hilal Helweh
6201 Los Gatos Rd

Atascadero, CA, 93422

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 350,000.00

Basis for the claim: Investment/Debt Equity

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 16** Nonpriority creditor's name and mailing address

Corrine Helweh
6201 Los Gatos Rd

Atascadero, CA, 93422

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,000.00

Basis for the claim: Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Santa Maria Brewing Co Inc    Case number (if known)    9:20-bk-11486-DS
            Name

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.17  Nonpriority creditor's name and mailing address**

Credit Control LLC
PO Box 51790

Livonia, MI, 48151

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collection Agency

$ 11,260.05

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.18  Nonpriority creditor's name and mailing address**

Dan Sheehy
13128 Hartsook St

Sherman Oaks, CA, 91423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 99,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.19  Nonpriority creditor's name and mailing address**

Darrell Anderson
60 Eagle Crest Dr
Sagle, ID, 83860

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.20  Nonpriority creditor's name and mailing address**

Dean Siegrist
4967 Pleasant Pl

Santa Maria, CA, 93455

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 54,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.21  Nonpriority creditor's name and mailing address**

Demetrios Pettas
5000 Hawxhurst Ct

Antioch, CA, 94531

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** InvestmentInvestment/Debt Equity

$ 100,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Santa Maria Brewing Co Inc    Case number (if known) 9:20-bk-11486-DS
_____    _____
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22 Nonpriority creditor's name and mailing address**

Dionysios Pettas
10 Villa Ct

San Luis Obispo, CA, 93401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 215,000.00

**Basis for the claim:** Investment/Debt Equity

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23 Nonpriority creditor's name and mailing address**

Distrimatics USA
PO Box 854

Calistoga, CA, 94515

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,145.71

**Basis for the claim:** trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24 Nonpriority creditor's name and mailing address**

Don Giessinger
PO Box 791

ATascadero, CA, 93423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48,150.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25 Nonpriority creditor's name and mailing address**

Don Sylvester
186 Deer Run Ln

Orcutt, CA, 93455

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 650,700.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26 Nonpriority creditor's name and mailing address**

Donald and Mary Jane Giessinger Living Trust
PO Box 791

Atascdero, CA, 93423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50,000.00

**Basis for the claim:** Investment/Debt Equity

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Santa Maria Brewing Co Inc
         Name

Case number (if known)   9:20-bk-11486-DS

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.** 27  **Nonpriority creditor's name and mailing address**

Donald Andrew Giessinger & Mary Jane Living
Trust
PO Box 791

ATascadero, CA, 93423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment

$ 50,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 28  **Nonpriority creditor's name and mailing address**

Double Eagle Investments
3133 Pegasus Dr

Bakersfield, CA, 93308

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Rent - 7935 San Luis Ave

$ 28,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.** 29  **Nonpriority creditor's name and mailing address**

Ekos
800 West Hill St, Ste 101

Charlotte, NC, 28208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

$ 1,587.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.** 30  **Nonpriority creditor's name and mailing address**

Equity Trust Co fbo Larry Price
8930 San Gabriel Rd

Atascadero, CA, 93422

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent - 7625 San Luis Ave

$ 14,106.01

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 31  **Nonpriority creditor's name and mailing address**

Fiero Lane Water Co
612 Clarion Ct

San luis Obispo, CA, 93401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade debt

$ 14,752.69

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

Debtor ___Santa Maria Brewing Co Inc_____ Case number _(if known)_ __9:20-bk-11486-DS____
                Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** **32** | **Nonpriority creditor's name and mailing address**

Gabriel Architects
530 10th St

Paso Robles, CA, 93446

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Services

$ 27,165.87

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **33** | **Nonpriority creditor's name and mailing address**

George Wake
3215 Lupine Canyon Rd

Avila Beach, CA, 93424

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 28,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **34** | **Nonpriority creditor's name and mailing address**

Gregory A Palte
1537 Zircon Ct.

Santa Maria, CA, 93455

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 20,500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **35** | **Nonpriority creditor's name and mailing address**

Harbor Distributing, LLC
PO Box 842685

Los Angeles, CA, 90084

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade debt

$ 1,350.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **36** | **Nonpriority creditor's name and mailing address**

Industrial Broiler Service Inc.
940 Loma Dr

Ojai, CA, 93023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade debt

$ 2,100.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Santa Maria Brewing Co Inc                    Case number (if known)  9:20-bk-11486-DS
        Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.37** Nonpriority creditor's name and mailing address

Jackie Seehof
355 Mars Ct

Nipomo, CA, 93444

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Investment/Debt Equity

$ 50,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

James Carter
543 Maccaw Ct

Nipomo, CA, 93444

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Investment/Debt Equity

$ 50,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

JB Dewar
PO Box 3059

San Luis Obispo, CA, 93403

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

$ 604.21

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

Jeff Cambell
4000 Country Club Dr

Bakersfield, CA, 93306

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Monies Loaned / Advanced

$ 2,072,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

Jerad Webb
2907 L St

Bakersfield, CA, 93301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

$ 25,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Santa Maria Brewing Co Inc    Case number (if known)    9:20-bk-11486-DS

Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 42   **Nonpriority creditor's name and mailing address**

Jill Cobb
2949 Noble Star

Prescott, AZ, 86301

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 101,685.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 43   **Nonpriority creditor's name and mailing address**

Joel Clay
10000 El Bordo Ave

atascadero, CA, 93422

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investment/Debt Equity

$ 50,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 44   **Nonpriority creditor's name and mailing address**

John & Denise Nielsen
7525 Santa Ynez Ave

Atascadero, CA, 93422

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investment/Debt Equity

$ 100,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 45   **Nonpriority creditor's name and mailing address**

John Fearless
201 Alameda Del Prado, Ste 101

Novato, CA, 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** trade debt

$ 1,613.83

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 46   **Nonpriority creditor's name and mailing address**

John Ryun
PO Box 827

Twain Harte, CA, 95383

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Equipment

$ 40,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    Santa Maria Brewing Co Inc    Case number (if known)    9:20-bk-11486-DS
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 47   **Nonpriority creditor's name and mailing address**

Joseph & Heather Witts
735 Richmind Ct

santa maria, CA, 93455

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment/Debt Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 300,000.00

---

**3.** 48   **Nonpriority creditor's name and mailing address**

Joseph Bertao
2324 Nightshade Ln

Santa maria, CA, 93455

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 23,650.09

---

**3.** 49   **Nonpriority creditor's name and mailing address**

Joseph Bertao
2324 Nightshade Ln

Santa Maria, CA, 93455

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment/Debt Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 300,000.00

---

**3.** 50   **Nonpriority creditor's name and mailing address**

Keith and Ruth Moles
125 N Halcyon

Arroyo Grande, CA, 93420

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 241,190.78

---

**3.** 51   **Nonpriority creditor's name and mailing address**

Kump Family Trust
Attn: Robert Kump
480 N Las Flores Dr
Nipomo, CA, 93444

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 68,200.00

---

Debtor ___Santa Maria Brewing Co Inc._____    Case number *(if known)* __9:20-bk-11486-DS___
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3. 52**  **Nonpriority creditor's name and mailing address**

Kyle Leverett
1650 N Strafford Ave

santa maria, CA, 93454

$ 50,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment/Debt Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 53**  **Nonpriority creditor's name and mailing address**

Lance Neblett
3869 Mira Loma Drive
Santa Maria, CA, 93455

$ 5,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 54**  **Nonpriority creditor's name and mailing address**

Linda Smith
296 Machado Ave

Santa Maria, CA, 93455

$ 5,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 55**  **Nonpriority creditor's name and mailing address**

Loan Me
PO Box 841504

Dallas, TX, 75284

$ 56,484.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 56**  **Nonpriority creditor's name and mailing address**

Michael Early
10718  W Blackhawk Dr

Boise, ID, 83709

$ 166,767.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____  Case number *(if known)* ___9:20-bk-11486-DS___
    Santa Maria Brewing Co Inc
    Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.57**  Nonpriority creditor's name and mailing address

Michael Fish
895 Newport Ave

Grover Beach, CA, 93433

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Reimbursement due

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,300.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.58**  Nonpriority creditor's name and mailing address

Michael Fish
895 Newport Ave

Grover Beach, CA, 93433

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,400.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.59**  Nonpriority creditor's name and mailing address

Mid-Coast Fire Protection Inc.
1342 Ramona Ave, Unit A

Grover Beach, CA, 93433

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$ 378.54

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.60**  Nonpriority creditor's name and mailing address

Mike and Tammy Payne
4160 Glenview Dr

santa maria, CA, 93455

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Investment/Debt Equity

Is the claim subject to offset?
☑ No
☐ Yes

$ 100,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.61**  Nonpriority creditor's name and mailing address

Mussetter Distributing Inc.
12979 Earhart Ave

Auburn, CA, 95602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,926.10

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Santa Maria Brewing Co Inc          Case number *(if known)* 9:20-bk-11486-DS
        Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.** 62  **Nonpriority creditor's name and mailing address**

Pacific Petroleum California
1615 E Betteravia

Santa maria, CA, 93454

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 24,929.47

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 63  **Nonpriority creditor's name and mailing address**

Paragon Insurance Holdings
PO Box 969

Westbrook, CT, 6498

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 563.50

**Basis for the claim:**  Insurance

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 64  **Nonpriority creditor's name and mailing address**

Paso Robles Water and Sewer
821 Pine St, Ste A

Paso Robles, CA, 93446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,358.89

**Basis for the claim:**  Utilities - 1301 Park St

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 65  **Nonpriority creditor's name and mailing address**

Paul Ready
Farmer & Ready Law Offices
1254 Marsh St
San Luis Obispo, CA, 93401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:**  Receiver

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 66  **Nonpriority creditor's name and mailing address**

Pensco Trust Co
CUSTODIAN FBO STEVE GOLIS
205 E Carrillo Ste 100
Santa Barbara, CA, 93101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75,000.00

**Basis for the claim:**  Investment/Debt Equity

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Santa Maria Brewing Co Inc_____    Case number (if known) __9:20-bk-11486-DS__
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.67** Nonpriority creditor's name and mailing address

PG&E
PO Box 997300

Sacramento, CA, 95899

As of the petition filing date, the claim is: $ 59,291.43
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities - 7935 San Luis Ave

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

PG&E
PO Box 997300

Sacramento, CA, 95899

As of the petition filing date, the claim is: $ 3,189.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities - 7625 San Luis Ave

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

PG&E
PO Box 997300

Sacramento, CA, 95899

As of the petition filing date, the claim is: $ 16,994.68
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities - 115 Cuyama Ln

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

PG&E
PO Box 997300

Sacramento, CA, 95899

As of the petition filing date, the claim is: $ 1,716.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities - 109 Cuyama Lane

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

PG&E
PO Box 997300

Sacramento, CA, 95899

As of the petition filing date, the claim is: $ 13,027.12
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 1454 Fairway Dr

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Santa Maria Brewing Co Inc |  | Case number *(if known)* | 9:20-bk-11486-DS |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.72** Nonpriority creditor's name and mailing address

PG&E
PO Box 997300

Sacramento, CA, 95899

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities - 1401 Park St

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21,558.08

---

**3.73** Nonpriority creditor's name and mailing address

Philip Bennie
1039 E Hermosa St,

Santa Maria, CA, 93454

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 39,500.00

---

**3.74** Nonpriority creditor's name and mailing address

Power Machinery Center
3450 E Camino Ave

Oxnard, CA, 93030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Forklift

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,219.47

---

**3.75** Nonpriority creditor's name and mailing address

Reeds Heating
PO Box 4357

Paso Robles, CA, 93447

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,800.00

---

**3.76** Nonpriority creditor's name and mailing address

Richard McCarthy
103 Dizerega Ct SW

Leesburg, VA, 20175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 49,800.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Santa Maria Brewing Co Inc    Case number *(if known)* 9:20-bk-11486-DS
_____    _____
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.77**  **Nonpriority creditor's name and mailing address**

Richard McCarthy
103 Dizerega Ct SW

Leesburg, VA, 20175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment/Debt Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 50,000.00

---

**3.78**  **Nonpriority creditor's name and mailing address**

Rodney Quita Martinez
804 E Lavonne Dr

Santa Maria, CA, 93454

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment/Debt Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 100,000.00

---

**3.79**  **Nonpriority creditor's name and mailing address**

S Carlson's Plumbing, Inc.
1680 El Camino Real

Atascadero, CA, 93422

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 17,534.49

---

**3.80**  **Nonpriority creditor's name and mailing address**

San Luis Glass & Window
781 Humbert Ave

San Luis Obispo, CA, 93401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ Unknown

---

**3.81**  **Nonpriority creditor's name and mailing address**

Santa Barbara Land Co LLC
420 E. Carillo St.

Santa Barbara, CA, 93101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Default Judgment

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 145,395.07

---

Debtor     Santa Maria Brewing Co Inc
       Name                                  Case number *(if known)*   9:20-bk-11486-DS

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.82**   **Nonpriority creditor's name and mailing address**

Saxco International LLC
1855 Gateway Blvd., Ste 400

Concord, CA, 94520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** trade debt

$ 73,637.09

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.83**   **Nonpriority creditor's name and mailing address**

Sean Knoph
7120 Valle Ave

Atascadero, CA, 93422

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 235,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.84**   **Nonpriority creditor's name and mailing address**

Sean Knoph
7120 Valle Ave

atascadero, CA, 93422

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment/Debt Equity

$ 200,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.85**   **Nonpriority creditor's name and mailing address**

Sequential
3333 NW 35th Ave, Ste C

Portland , OR, 97210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade debt

$ 625.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.86**   **Nonpriority creditor's name and mailing address**

SoCalGas
PO Box C

Monterey Park, CA, 91756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities - 7935 San Luis Ave

$ 14,940.56

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Debtor    Santa Maria Brewing Co Inc    Case number (if known) 9:20-bk-11486-DS
          Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.87**  **Nonpriority creditor's name and mailing address**

SoCalGas
PO Box C

Monterey Park, CA, 91756

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,503.54

**Basis for the claim:** Utilities - 115 Cuyama Ln

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.88**  **Nonpriority creditor's name and mailing address**

SoCalGas
PO Box C

Monterey Park, CA, 91756

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,857.17

**Basis for the claim:** Utilities - 1401 Park St

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.89**  **Nonpriority creditor's name and mailing address**

SPG Advance
5306 New Utrect Ave

Brooklyn, NY, 11219

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 188,935.00

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.90**  **Nonpriority creditor's name and mailing address**

Square
1455 Market St Ste 600

San Francisco, CA, 94103

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 43,112.38

**Basis for the claim:** trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.91**  **Nonpriority creditor's name and mailing address**

Stanley Convergent Alarm
8350 Sunlight Dr, Ste 200

Fischers, IN, 46037

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,846.19

**Basis for the claim:** Trade debt - 7935 San Luis Ave

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Santa Maria Brewing Co Inc | Case number (if known) | 9:20-bk-11486-DS |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** Nonpriority creditor's name and mailing address

Stanley Convergent Alarm
8350 Sunlight Dr, Ste 200

Fischers, IN, 46037

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Trade debt - 1451 Fairway

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.93** Nonpriority creditor's name and mailing address

Stanley Convergent Alarm
8350 Sunlight Dr, Ste 200

Fischers, IN, 46037

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Trade debt - 675 Clarion Ct

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.94** Nonpriority creditor's name and mailing address

Star Drug Testing Inc.
222 W Carmen Ln, Ste 101

Santa Maria, CA, 93458

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 441.00

**Basis for the claim:** trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.95** Nonpriority creditor's name and mailing address

Stephen Siemsen
945 Quail Meadows Ct

Orcutt, CA, 93455

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110,000.00

**Basis for the claim:** Investment/Debt Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.96** Nonpriority creditor's name and mailing address

Steve Golis
205 E Carrillo Ste 100

Santa barbara, CA, 93101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146,000.00

**Basis for the claim:** Investment/Debt Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor    Santa Maria Brewing Co Inc    Case number _(if known)_ __9:20-bk-11486-DS__
        Name

| **Part 2:** | **Additional Page** | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.**⌐97⌐ Nonpriority creditor's name and mailing address

Steve Mussack
4988 Chancellor Ln

Eugene, OR, 97402

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment/Debt Equity

$ 280,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.**⌐98⌐ Nonpriority creditor's name and mailing address

Tognazzini Beverage Service
241 E Roemer Way

Santa Maria, cA, 93454

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

$ 8,032.78

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.**⌐99⌐ Nonpriority creditor's name and mailing address

Wayne Nix
610 Ballestral Ave

Santa maria, CA, 93455

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 18,050.00

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.**____ Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.**____ Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

| Debtor | Santa Maria Brewing Co Inc. | Case number (if known) | 9:20-bk-11486-DS |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Christopher Dominquez<br>Klein DeNatale Goldner<br>4550 California Ave. 2nd Fl<br>Bakersfield, CA, 93309 | Line 3.40<br>☐ Not listed. Explain: | _____ |
| 4.2. | Conrad Stephens<br>Stephens & Stephens LLP<br>518 E. Main Street<br>Santa Maria, CA, 93454 | Line 3.62<br>☐ Not listed. Explain | _____ |
| 4.3. | FTB<br>PO Box 942857<br>Sacramento, CA, 94257 | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | Law Offices of Jacob Verstandig<br>1459 E 13th St<br>Brooklyn, NY, 11230 | Line 3.89<br>☐ Not listed. Explain | _____ |
| 4.1. | Mario Juarez Inc<br>625 E. Chapel St.<br>Santa Maria, CA, 93454 | Line 3.81<br>☐ Not listed. Explain | _____ |
| 4.5. | Matthew Taylor<br>Taylor Law Offices<br>1112 W Main St Ste 101<br>Boise, ID, 83702 | Line 3.56<br>☐ Not listed. Explain | _____ |
| 4.6. | Mercantile Adjustment Bureau LLC<br>PO Box 9055<br>Williamsville, NY, 14231-9055 | Line 3.17<br>☐ Not listed. Explain | 9022 |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    Santa Maria Brewing Co Inc                    Case number (if known)    9:20-bk-11486-DS
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 1,600.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 8,330,682.86 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 8,332,282.86 |

**Fill in this information to identify the case:**

Debtor name __Santa Maria Brewing Co Inc.__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): __9:20-bk-11486-DS__                    Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 823 W. Knudsen Way, Santa Maria, CA (storage)<br>Lessee | Don Sylvester<br>186 Deer Run Ln<br><br>Orcutt, CA, 93455 |
| | State the term remaining | Exp. 01/2023 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | 7625 San Luis Ave, Atascadero, CA 93422 (storage)<br>Lessee | Equity Trust co<br>fbo Larry Price<br>8930 San Gabriel Rd<br>Atascadero, CA, 93422 |
| | State the term remaining | Exp. 7/31/21 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | 7930 El Camino, Atascadero, CA 93422 (storage)<br>Lessee | Darrell & Mary Anderson<br>60 Eagle Crest Dr<br>Sagle, ID, 83860 |
| | State the term remaining | Exp. 8/31/25 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | 7935 San Luis Ave, Atascadero, CA 93422 (restaurant/brewery/distillery)<br>Lessee | Double Eagle Investments<br>3133 Pegasus Dr.<br>Bakersfield, CA, 93308 |
| | State the term remaining | Exp. 1/31/27 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | 115 and 109 Cuyama Lane, Nipomo, CA 93444<br>Lessee | Tri M Rental Group<br>257 Kathleen Court<br>Santa Maria, CA, 93458 |
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  Santa Maria Brewing Co Inc.

United States Bankruptcy Court for the:  Central District of California

Case number (If known):  9:20-bk-11486-DS

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Byron Moles | Byron Moles<br>PO Box 923<br>Santa Maria, CA 93456 | Kash Capital | ☒ D<br>☐ E/F<br>☐ G |
| 2.2<br><br>Byron Moles | Byron Moles<br>PO Box 923<br>Santa Maria, CA 93456 | Yellowstone Capital | ☒ D<br>☐ E/F<br>☐ G |
| 2.3<br><br>Byron Moles | Byron Moles<br>PO Box 923<br>Santa Maria, CA 93456 | Unique Funding | ☒ D<br>☐ E/F<br>☐ G |
| 2.4<br><br>Byron Moles | Byron Moles<br>PO Box 923<br>Santa Maria, CA 93456 | Biz Fund LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.5<br><br>Byron Moles | Byron Moles<br>PO Box 923<br>Santa Maria, CA 93456 | Alpha Capital | ☒ D<br>☐ E/F<br>☐ G |
| 2.6<br><br>Byron Moles | Byron Moles<br>PO Box 923<br>Santa Maria, CA 93456 | Ace Funding | ☒ D<br>☐ E/F<br>☐ G |

Debtor    Santa Maria Brewing Co Inc.
_____    Case number (if known) 9:20-bk-11486-DS
Name

| ▇ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

> Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.7 | Byron Moles | Byron Moles PO Box 923 Santa Maria, CA 93456 | Business Merchants | ☑ D ☐ E/F ☐ G |
| 2.8 | Byron Moles | Byron Moles PO Box 923 Santa Maria, CA 93456 | Complete Business Soluti | ☑ D ☐ E/F ☐ G |
| 2.9 | Byron Moles | Byron Moles PO Box 923 Santa Maria, CA 93456 | SPG Advance | ☐ D ☑ E/F ☐ G |
| 2.10 | Byron Moles | Byron Moles PO Box 923 Santa Maria, CA 93456 | Michael Early | ☐ D ☑ E/F ☐ G |
| 2.11 | Byron Moles | Byron Moles PO Box 923 Santa Maria, CA 93456 | Loan Me | ☐ D ☑ E/F ☐ G |
| 2.12 | Byron Moles | Byron Moles PO Box 923 Santa Maria, CA 93456 | Jeff Cambell | ☐ D ☑ E/F ☐ G |
| 2.13 | Byron Moles | Byron Moles PO Box 923 Santa Maria, CA 93456 | Santa Barbara Land Co L | ☐ D ☑ E/F ☐ G |
| 2.__ | | | | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case and this filing:

Debtor Name  Santa Maria Brewing Co Inc.

United States Bankruptcy Court for the:  Central District of California

Case number (If known):  9:20-bk-11486-DS

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/28/2021          **✗** _[signature]_
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

Byron Moles
Printed name

CEO
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _Santa Maria Brewing Co Inc._

United States Bankruptcy Court for the: _Central District of California_

Case number (If known): _9:20-bk-11486-DS_

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2020 <br> MM / DD / YYYY  to  Filing date | ☑ Operating a business <br> ☐ Other | $ 1,549,955.00 |
   | **For prior year:** | From 01/01/2019 <br> MM / DD / YYYY  to  12/31/2019 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other | $ 2,256,045.00 |
   | **For the year before that:** | From 01/01/2018 <br> MM / DD / YYYY  to  12/31/2018 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other | $ 3,281,168.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2020 <br> MM / DD / YYYY  to  Filing date | | $ 0.00 |
   | **For prior year:** | From 01/01/2019 <br> MM / DD / YYYY  to  12/31/2019 <br> MM / DD / YYYY | | $ 0.00 |
   | **For the year before that:** | From 01/01/2018 <br> MM / DD / YYYY  to  12/31/2018 <br> MM / DD / YYYY | | $ 0.00 |

| Debtor | Santa Maria Brewing Co Inc. | Case number *(if known)* | 9:20-bk-11486-DS |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer <br> *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Double Eagle Investments <br> Creditor's name <br> 3133 Pegasus Dr <br> Bakersfield, CA 93308 | Various dates | $ 28,000.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other _Other_ |
| 3.2. | Equity Trust Co fbo Larry Price <br> Creditor's name <br> 8930 San Gabriel Rd <br> Atascadero, CA 93422 | Various dates | $ 18,550.04 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _Other  -_ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name | | $ | |
| | **Relationship to debtor** | | | |
| 4.2. | Insider's name | | $ | |
| | **Relationship to debtor** | | | |

Debtor    Santa Maria Brewing Co Inc.
_____    Case number (*if known*)___9:20-bk-11486-DS____
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Campbell v. Moles et al. | civil | Superior Court San Luis Obispo | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>20CVP0282 | | 901 Park Street<br>Paso Robles, CA 93446 | |
| **Case title**<br>7.2. Santa Barbara Land v. Santa Maria Brewing | | **Court or agency's name and address**<br>Superior Court Santa Barbara | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>20CV001580 | Civil | 312  East Cook St. C<br>Santa Maria, CA 93454 | |

| Debtor | Santa Maria Brewing Co Inc. | Case number *(if known)* | 9:20-bk-11486-DS |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Paul Ready | Keys; access to books and records | $ 0.00 |
| Custodian's name | | |
| 1254 Marsh Street | **Case title** | **Court name and address** |
| San Luis Obispo, CA 93401 | Campbell v. Moles et al. | Superior Court San Luis Obispo |
| | | Name |
| | **Case number** | 901 Park St |
| | | Paso Robles, CA 93446 |
| | 20CVP0282 | |
| | **Date of order or assignment** | |
| | 10/2020 | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | | |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | | |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Debtor | Santa Maria Brewing Co Inc. | Case number (if known) | 9:20-bk-11486-DS |
|---|---|---|---|
| | Name | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Leslie Cohen Law PC | | 12/2020 | $ 51,738.00 |
| | **Address** | | | |
| | 506 Santa Monica Blvd., Ste. 200 Santa Monica, CA 90401 | | | |
| | **Email or website address** www.lesliecohenlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

| Debtor | Santa Maria Brewing Co Inc. | Case number *(if known)* | 9:20-bk-11486-DS |
|---|---|---|---|
| | Name | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | Debtor transferred $222,000 to escrow as part of multi-party transaction which resulted in elimination of $1.7M liability for Debtor | 11/01/2019 | $ 220,000.00 |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | Business relationship only | | | |
| 13.2. | **Who received transfer?** | | | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:    Previous Locations**

---

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | | |
|---|---|---|---|---|---|
| 14.1. | 1451 Fairway Drive<br>Santa Maria, CA 93455 | From | 01/2016 | To | 01/2020 |
| 14.2. | 675 Clarion Court<br>San Luis Obispo, CA 93401 | From | 12/20/2017 | To | 11/20/2019 |

Debtor    Santa Maria Brewing Co Inc.
_____    Case number *(if known)* 9:20-bk-11486-DS
    Name

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Santa Maria Brewing Co Inc.
_____    Case number *(if known)*  9:20-bk-11486-DS
Name

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Coast Hills<br>Name<br>PO Box 200<br>Lompoc, CA 93438 | XXXX– 5680 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 03/01/2020 | $ 0.00 |
| 18.2. Coast Hills<br>Name<br>PO Box 200<br>Lompoc, CA 93438 | XXXX– 5681 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 03/01/2020 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| None besides leased facilities listed in Schedule A/B and Schedule G<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

---

| Debtor | Santa Maria Brewing Co Inc. | Case number *(if known)* | 9:20-bk-11486-DS |
|---|---|---|---|
| | Name | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |

Debtor    Santa Maria Brewing Co Inc.
_____    Case number (*if known*)_9:20-bk-11486-DS
    Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor    Santa Maria Brewing Co Inc.            Case number *(if known)* 9:20-bk-11486-DS
_____
       Name

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Karen Moles <br> _____ <br> Name <br> PO Box 923, Santa Maria, CA 93456 | From 01/01/2013 <br><br> To Current |
| 26a.2.   Ken Hennessee, Accountant <br> _____ <br> Name <br> Nicholson & Schwartz 593 Ave of the Flags # 106, Buelton, CA 93427 | From 01/01/2014 <br><br> To Current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.   Paul Ready (receiver) <br> _____ <br> Name <br> 1254 Marsh St, San Luis Obispo, CA 93401 | From 10/19/2020 <br><br> To 12/15/2020 |
| 26b.2.   Klein DeNatale Goldner (attorneys for Campbell) <br> _____ <br> Name <br> 4550 California Ave 2nd Fl Bakersfield CA 93309 | From 06/01/2020 <br><br> To 06/30/2020 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Klein DeNatale Goldner (attorneys for Campbell) <br> _____ <br> Name <br> 4550 California Ave 2nd Fl Bakersfield CA 93309 | Firm is in possession of copies and originals of Debtor's financials |

Debtor  Santa Maria Brewing Co Inc.
_____
        Name

Case number (*if known*)  9:20-bk-11486-DS
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  Karen Moles
        _____
        Name
        PO Box 923, Santa Maria, CA 93456

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.  _____
        Name

| Name and address |
|---|

26d.2.  _____
        Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Raw foods and goods<br>Low stock, ordered as needed daily; Byron Moles | 11/15/2020 | $ 8,500.00 |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  Byron Moles
        _____
        Name
        PO Box 923
        Santa Maria, CA 93456

Debtor    Santa Maria Brewing Co Inc.              Case number *(if known)* 9:20-bk-11486-DS
      Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Empty Cans and bottles | | |
| Byron Moles | 11/15/2020 | $35,000 est. |

| Name and address of the person who has possession of inventory records |
|---|

27.2.    Byron Moles
        Name
        PO Box 923
        Santa Maria, CA 93456

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Byron Moles | PO Box 923, Santa Maria, CA 93456 | CEO | 12% with Karen Moles |
| Karen Moles | PO Box 923, Santa Maria, CA 93456 | Vice President and Secretary | 12% with Byron Moles |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   Byron Moles | 43,043.24 | Various | salary |
|     Name | | | |
|     PO Box 923 | | _____ | |
|     Santa Maria, CA 93456 | | _____ | |

| Relationship to debtor |
|---|
| CEO |
                                                             _____

Debtor    Santa Maria Brewing Co Inc.
_____
Name

Case number (if known) 9:20-bk-11486-DS
_____

| Name and address of recipient | | 15,300.00 | Various | salary |

30.2  Karen Moles
Name
PO Box 923
Santa Maria, CA 93456

Relationship to debtor
Vice President and Secretary

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/28/2021
MM  / DD  / YYYY

✗ _____
Signature of individual signing on behalf of the debtor

Printed name  Byron Moles

Position or relationship to debtor   CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

| Debtor Name | Santa Maria Brewing Co Inc. | Case number *(if known)* | 9:20-bk-11486-DS |
| --- | --- | --- | --- |

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
| --- | --- | --- |
| Santa Barbara Land Co LLC, 420 E. Carillo St., Santa Barbara, CA 93101 | $13,953.67 | Levy |
| Landsberg Orora Inc., 1900 W University Dr Ste 101, Tempe, AZ 85281 | $33,589.00 | Levy |
| Darrell Anderson, 60 Eagle Crest Dr, Sagle, ID 83860 | $12,000.00 | Other |

**7) Legal Actions**

Early v. Moles et al.

CV01-20-9280

civil

State of Idaho, Fourth Judicial

Boise, ID

Pending

-------

Pacific Petrolium v. Santa Maria Brewing

20CV03934

civil

Superior Court Santa Barbara

312 East Cook St. C, Santa Maria, CA 93454

Pending

-------

**14) Previous Locations**

| | | |
| --- | --- | --- |
| 1401 Park St., Paso Robles, CA 93446 | 07/2016 | 08/2020 |

**27) Inventories**

| | | | |
| --- | --- | --- | --- |
| Finished Goods Inventory maintained by software; Byron Moles; Head Brewers | Byron Moles | PO Box 923, Santa Maria, CA 93456 | $36,659.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

**In re**    SANTA MARIA BREWING CO INC.

Case No. <u>9:20-bk-11486-DS</u>

**Debtor**    Chapter <u>11</u>

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>51,738.00</u>

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ <u>51,738.00</u>

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>0.00</u>

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in ~~adversary proceedings and~~ other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   representation in adversary proceedings

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

  01/28/2021           /s/ Leslie A. Cohen
*Date*                      *Signature of Attorney*

                            LESLIE COHEN LAW PC
                              *Name of law firm*