Equity Holders List

Byron and Karen Moles
PO Box 923
Santa Maria, CA 93456

Gregory Palte
1537 Zircon Ct.,
Santa Maria, CA 93455


U.L. Frank Flores
125 W Fester St.,
Santa Maria, CA 93458


Randy Melcombe
PO Box 1924
Santa Ynez, CA 93460


Lester Neblett III
PO Box 345
Davis, CA 95616


Lance Neblett
3869 Mira Lima Dr.
Santa Maria, CA 93455


Kump Family Trust
480 N Las Flores Dr.
Nipomo, CA 93444


Mark McNutt
977 Diamon Dr.
Santa Maria CA 93455

Gregory D Rodriguez
4765 S Blosser Rd.,
Santa Maria, CA 93455


Dean Siegrisst Trust
4967 Pleasant Pl.
Santa Maria, CA 93455


David Fortin
11624 Whitehaven St.
Oak Hills, CA 92344


Robert J Strickland
40 Breakneck Rd.
Newcastle, WY 82701


Steven Finn
5889 Aubrey Way
Santa Maria, CA 93455


Richard McCarthy
103 Dizerega Ct., SW
Leesberg VA 20175


Mark Raymond
113 Sugar Hill Ct.
Elizabethtown, KY 42701


Richard Pike
2526 Firestone Ct.,
Santa Maria, CA 93455

Bryan Fortin
466 Stansbury Dr.
Santa Maria, CA 93455


Daniel Sheridan
1250 Suttermill Ln.
Nipomo, CA 93444


Mason Turner
2405 Kayoming Way
Bakersfield, CA 93306

Brent Wallingford
620 Jacob Ln
Santa Maria, CA 93455


Christine Steiner
201 Five Cities Dr. #102
Pismo Beach, CA 93449


Steve Golis
1560 Alamo Pintado
Solvang, CA 93463


Linda Smith
296 Machado Ave.,
Santa Maria, CA 93455


Jeff Campbell
4000 country Club Dr.
Bakersfield, CA 93306

Steve Mussack
4988 Chancellor Ln.
Eugene, OR 97402


Joseph Witts
735 Richmind Ct.
Santa Maria, CA 93455

Joseph Bertao
2324 Nightshade Ln.
Santa Maria CA 93455


Rodney Martinez
804 E Lavonne Dr.
Santa Maria, CA 93454


Sean Knoph
7120 Valle Ave
Atascadero, CA 93422


Joel Clay
10000 El Bordo Ave
Atascadero, CA  93422


Don Giessinger
9070 La Paz Ln.
Atascadero 93422


Michael D and Marianne McCormick
2053 A Street
Santa Maria, CA 93455

Mike and Tammy Payne
4160 Glenview Dr.
Santa Maria, CA 93455

Joseph and Sarah Nemeth
2741 Stephen Pl.
Santa Maria, CA 93455

Charles D and Beth A Hice
845 Primrose
Nipomo, CA 93444

Stephen Siemsen
945 Quail Meadows Ct
Orcutt, CA 93455

Kyle Leverett
1650 N Stratford Ave
Santa Maria, CA 93454

Dionysios Pettas
10 Villa Ct
San Luis Obispo 93401

Trinidad Hernandez
1380 Foxenwood Dr
Orcutt, CA 93455

Kerry McElhiney and Thomas Quino
224 Oleander Ave
Lemoore, CA 93245

Demetrios Pettas
5000 Hawxhurst Ct.
Antioch, CA 94531


Preston and Sara Vogt
11 Angello Terrace
Grover Beach, CA 93433


Kenneth A Peterson
1586 Paloma Pl.
Arroyo Grande, CA 93420


Clyde and Pauline Hernandez
1108 Rosewood Dr.
Santa Maria, CA 93458


Richard Michael Treinen
5755 Ground Squirrel Hollow
Paso Robles, CA 93446

Daniel Rizzo
14629 255th Ave SE
Issaquah, WA 98027


Jorge Espinoza Jr
2401 N Preisker Ln #18
Santa Maria, CA 93458


Thomas and Debora Agayoff
1941 ironwood Dr.
Santa Maria, CA 93455

Beau Kramer
5713 Glenview Lane
Santa Maria, CA 93401


George H Wake
3215 Lupine Canyon Road
Avila Beach, CA 93424


Thomas L and Laurie Zuur
3475 Arena Road
Atascadero, CA 93422


Daniel G and Melissa D Sessions
1165 Osage St.
Nipomo, CA 93444


Greg and Wendy Saunders
PO Box 738
Los Alamos, CA 93440


Nicholas A and Gerald E Patterson
2510 Nadine Dr.,
Colorado Springs, CO 80916-2921


Heather Speer and Kali Beard
4521 Windward Way
Paso Robles, CA 93446


Lauro and Shanna Garcia
5403 Fresno Ave
Atascadero, CA 93422

Clayton and Shannon Gambril
1245 Dawn Road
Nipomo, CA 93444


Randall Dworaczyk
725 Bradley Ct
Santa Maria, CA 93454


Tim E Kreiss
861 Greenacre Dr.
Santa Maria, CA 93455


Rogelio Teniente
532 Monterey Road
Santa Maria, CA 93455


Manuel Ibarra Jr
532 Monterey Road
Santa Maria, CA 93455


Richard Cuello Jr.
2509 Santa Rosa St
Santa Maria, CA 93455


Mark Borjon
3223 Pleiades
Creston, CA 93432


John R Defosse
3810 Mono Pl.
Santa Maria, CA 93455

Robert Fargo
1134 Ramona Unit A
Grover Beach, CA 93433


The Stump Family Trust
480 Pablo Lane
Nipomo, CA 93444


James Fletcher
PO Box 421
Lockwood, CA 93932


Kenneth Miller
4746 Christenson St.
Brentwood, CA 94513


Christi Rodriguez
105 Oak St. #C
Paso Robles, CA 93446


c/o Chadwick Frandsen
7936 San Luis Avenue
Atascadero, CA 93422


Paul Olivas
2359 Ocean St.,
Oceano, CA 93445


Mark Jordan
727 Koval Lane
Santa Maria, CA 93455

Dennis | Sue Shaleen
749 Glenhaven Pl.
Nipomo, CA 93444


Kathleen Broemmelsick
5668 Silverado Pl.
Paso Robles, CA 93446


Jeff D Stiarwalt
5668 Silverado Pl.
Paso Robles, CA 93446


John and Denise Nielsen
7525 Santa Ynez Ave
Atascadero, CA 93422


Rudolph D'Souza
506 El Nido Ct
Santa Maria, CA 93455


Karina Lua and Juan Carlos
839 Patti Ln
Santa Maria, CA 93458


Joseph A Leos
499 Jupiter Dr
Nipomo, CA 93444


Lori Kastner
8070 Coromar Ave
Atascadero, CA 93422

Gregg Michael Norton
1804 Carino Ct
Paso Robles, CA 93466


Bobby L | Barbara A Rollins
922 Player Ln
Paso Robles, CA 93446


Robert and Patricia O'Connell
150 Siler Ln
Santa Maria, CA 93455


Jeffrey D Brown
3735 Los Padres Rd
Santa Maria, CA 93455


John M and Katherine Benedetti
1627 Alison Ave
Santa Maria, CA 93458


Omeed Farokhiazar
1643 Shepherd Dr
Paso Robles, CA 93446

Grand and Elaina Ealy
2667 Lexington Ave
Santa Maria, CA 93458


Mike Siegrist
110 England Dr.
Huntland, TN 37345

James N Wilson
7719 E Chuparosa Cir
Gold Canyon, AZ 85118-7122


James Border
4401 Wasatch Dr
La Canada, CA 91011


Daniel C Sahagun
1644 Ocala Ave
Chula Vista, CA 91911


Anita Sahagun Escalante
402 Victory Ave
Manteca, CA 95336


Jerry L and Janyce A Salazar
247 Portland Dr.
Santa Maria, CA 93458


Eva Patricia Sterzay
152 S Lone Hill Ave
Glendora 91741


Jack W Luepke
2005 Idyllwild Pl
Arroyo Grande, CA 93420


Mark Hongo
301 Tognazzini Ave
Guadalupe, CA 93434

Janet E Steiniger
775 Post St #306
San Francisco, CA 94109


Corrine Helweh
6201 Los Gatos Rd
Atascadero, CA 93422


The Sheehy Revocable Trust
13128 Hartsook St.
Sherman Oaks, CA 91423


Jackie Seehof
355 Mars Ct.
Nipomo, CA 93444


Mitchell Garcia and Cheryl Burgess
418 Windsor Gate Dr
Fortmill, CT 29708