**Fill in this information to identify the case:**

Debtor name ___Santa Maria Brewing Co Inc.___

United States Bankruptcy Court for the: ___Central District of California___

Case number (If known): ___9:20-bk-11486-DS___

☒ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Jeff Cambell 4000 Country Club Dr Bakersfield, CA, 93306 | Jeff Cambell 661-203-8517 jeff@doubleeagleinc.com | Monies Loaned / Advanced | Disputed | | | 2,072,000.00 |
| 2 | Don Sylvester 186 Deer Run Ln Orcutt, CA, 93455 | Don Sylvester 805-478-9785 dws4chinese@gmail.com | Monies Loaned / Advanced | | | | 650,700.00 |
| 3 | Bank of the Sierra 86 North Main St Porterville, CA, 93257 | Scott Laylock 805-369-8706 slaylock@bankofthesierra.com | PPP Loan | | | | 353,250.00 |
| 4 | Corrine and Hilal Helweh 6201 Los Gatos Rd Atascadero, CA, 93422 | Hal Helweh 805-708-9304 hhelweh@yahoo.com | Investment/Debt Equity | | | | 350,000.00 |
| 5 | Joseph Bertao 2324 Nightshade Ln Santa Maria, CA, 93455 | Joseph Bertao 805-440-5319 joseph.bertao@gmail.com | Investment/Debt Equity | | | | 300,000.00 |
| 6 | Joseph & Heather Witts 735 Richmind Ct santa maria, CA, 93455 | Joseph Witts 661-675-6734 drgigavolt@yahoo.com | Investment/Debt Equity | | | | 300,000.00 |
| 7 | Steve Mussack 4988 Chancellor Ln Eugene, OR, 97402 | Steve Mussack 541-953-5751 mussack2@aol.com | Investment/Debt Equity | | | | 280,000.00 |
| 8 | Keith and Ruth Moles 125 N Halcyon Arroyo Grande, CA, 93420 | Keith Moles 805-478-8809 | Monies Loaned / Advanced | | | | 241,190.78 |

Debtor  Santa Maria Brewing Co Inc.

_____Name_____

Case number (*if known*)  9:20-bk-11486-DS

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Sean Knoph 7120 Valle Ave Atascadero, CA, 93422 | Sean Knoph 805-550-2524 seatomur@sbcglobal.net | Monies Loaned / Advanced | | | | 235,000.00 |
| 10 | Dionysios Pettas 10 Villa Ct San Luis Obispo, CA, 93401 | Dionysios Pettas 805-458-4284 dionysiospettas@gmail.com | Investment/Debt Equity | | | | 215,000.00 |
| 11 | Sean Knoph 7120 Valle Ave atascadero, CA, 93422 | Sean Knoph 805-550-2524 seatomur@sbcglobal.net | Investment/Debt Equity | | | | 200,000.00 |
| 12 | Clyde & Pauline Hernandez 1108 Rosewood Dr Santa Maria, CA, 93458 | Clyde Hernandez 805-406-0351 onestarcruiser@yahoo.com | Investment/Debt Equity | | | | 200,000.00 |
| 13 | SPG Advance 5306 New Utrect Ave Brooklyn, NY, 11219 | 212-225-8579 | Monies Loaned / Advanced | Disputed Unliquidated Contingent | | | 188,935.00 |
| 14 | Michael Early 10718  W Blackhawk Dr Boise, ID, 83709 | Michael Early 208-477-9365 1earlymike@gmail.com | | Disputed | | | 166,767.00 |
| 15 | Steve Golis 205 E Carrillo Ste 100 Santa barbara, CA, 93101 | Steve Golis 805-698-0174 sgolis@radiusgroup.com | Investment/Debt Equity | | | | 146,000.00 |
| 16 | Santa Barbara Land Co LLC 420 E. Carillo St. Santa Barbara, CA, 93101 | Brad Vernon 805-364-5461 brad@prolandco.com | Default Judgment | Disputed | | | 145,395.07 |
| 17 | Stephen Siemsen 945 Quail Meadows Ct Orcutt, CA, 93455 | Stephen Siemsen 805-245-5193 shs1954@gmail.com | Investment/Debt Equity | | | | 110,000.00 |
| 18 | Jill Cobb 2949 Noble Star Prescott, AZ, 86301 | Jill Cobb 951-775-5215 jill@jillcobb.com | Monies Loaned / Advanced | | | | 101,685.00 |
| 19 | John & Denise Nielsen 7525 Santa Ynez Ave Atascadero, CA, 93422 | John Nielsen 805-306-0916 jhnielsen2012@gmail.com | Investment/Debt Equity | | | | 100,000.00 |
| 20 | Demetrios Pettas 5000 Hawxhurst Ct Antioch, CA, 94531 | Demetrios Pettas 925-597-0259 demetrios.pettas@gmail.com | InvestmentInvestment/Debt Equity | | | | 100,000.00 |