**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Kenneth M. Misken
Assistant United States Trustee
Brian D. Fittipaldi, Bar No. 146864
Attorneys for the United States Trustee
**UNITED STATES TRUSTEE**
1415 State Street, Suite 148
Santa Barbara, California 93101
Telephone: (805) 957-4100
Facsimile: (805) 957-4103

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re | ) Case No. 9:20-bk-11486-DS |
| | ) |
| Santa Maria Brewing Co., Inc., | ) Chapter 11 |
| | ) |
| Debtor | ) AMENDED APPOINTMENT AND NOTICE |
| | ) OF APPOINTMENT OF OFFICIAL |
| | ) COMMITTEE OF UNSECURED |
| | ) CREDITORS |
| | ) |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints three additional

members to the Official Committee of Unsecured Creditors. As a result, there are now seven (7)

members of the Committee as set forth on Exhibit A Attached.

SEE EXHIBIT A ATTACHED

DATED: February 26, 2021          Respectfully submitted,

                                  PETER C. ANDERSON
                                  UNITED STATES TRUSTEE

                                  */s/ Kenneth M. Misken*
                                  Kenneth M. Misken
                                  Assistant United States Trustee

In re: Santa Maria Brewing Co., Inc., Case No.: 9:20-bk-11486-DS

1. Joseph Bertao
   2324 Nightshade Lane
   Santa Maria, CA 93455
   joseph.bertao@gmail.com

2. Steve Knoph
   7120 Valle Avenue
   Atascadero, CA 93422
   seatomor@sbcglobal.net

3. Steven Eric Mussack
   4988 Chancellor Lane
   Eugene, OR 97402
   Mussack2@aol.com

4. Daniel F. Sheehy
   13128 Hartsook Street
   Sherman Oaks, CA 91423
   Danlbrau@yahoo.com

5. Steve Golis
   1560 Alamo Pintado
   Solvang, CA 93463
   sgolis@radiusgroup.com

6. Stephen Siemsen
   945 Quail Meadows Court
   Orcutt, CA 93455
   Shs1954@gmail.com

7. Michael McCormick
   2053 A Street
   Santa Maria, CA 93455
   Mcfranch3@aol.co

**Exhibit A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **2/26/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **2/26/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/26/2021 | Veronica M. Hernandez | /s/ Veronica M. Hernandez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## SERVICE LIST FOR PROOF OF SERVICE

**SERVED ELECTRONICALLY**
Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
Hagop T Bedoyan    hagop.bedoyan@mccormickbarstow.com,
terry.douty@mccormickbarstow.com
Leslie A Cohen    leslie@lesliecohenlaw.com,
jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com
Jamie P Dreher    jdreher@downeybrand.com,
mfrazier@downeybrand.com;courtfilings@downeybrand.com
Lori L Enrico    lori@giannettaenrico.com,
melanie@giannettaenrico.com
Larry D Webb    Webblaw@gmail.com,
larry@webblaw.onmicrosoft.com

**SERVED BY U.S. MAIL**
The Honorable Deborah Saltzman
United States Bankruptcy Court
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

Santa Maria Brewing Co Inc.
7935 San Luis Ave
Atascadero, CA 93422

Joseph Bertao
2324 Nightshade Lane
Santa Maria, CA 93455

Steve Knoph
7120 Valle Avenue
Atascadero, CA 93422

Steven Eric Mussack
4988 Chancellor Lane
Eugene, OR 97402

Daniel F. Sheehy
13128 Hartsook Street
Sherman Oaks, CA 91423

Steve Golis
1560 Alamo Pintado
Solvang, CA 93463

Stephen Siemsen
945 Quail Meadows Court
Orcutt, CA 93455

Michael McCormick
2053 A Street
Santa Maria, CA 93455