| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Paul F. Ready, SB#107469**<br>**Farmer & Ready**<br>**1254 Marsh Street**<br>**PO Box 1443**<br>**San Luis Obispo, CA 93401**<br>**Telephone: 805-541-1626**<br>**Fax: 805-541-0769**<br>**Email: pfready@farmerandready.com** | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for:*  Paul F. Ready, Receiver | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Santa Maria Brewing Co Inc.** | **CASE NO.: 9:20-bk-11486-DS**<br><br>**CHAPTER: 11** |
|---|---|
| | **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(with supporting declarations)**<br>**(ACTION IN NON-BANKRUPTCY FORUM)** |
| | DATE:  **June 8, 2021**<br>TIME:   **11:30**<br>COURTROOM: **201** |
| Debtor(s). | |

| **MOVANT:**        Paul F. Ready,  Receiver |
|---|

1.  **Hearing Location:**

☐ 255 East Temple Street, Los Angeles, CA 90012          ☐ 411 West Fourth Street, Santa Ana, CA 92701

☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367          ☑ 1415 State Street, Santa Barbara, CA 93101

☐ 3420 Twelfth Street, Riverside, CA 92501

2.  Notice is given to the Debtor and trustee (*if any*) (Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3.  To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

4.  When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5.  If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6.  ☑ This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d). If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7.  ☐ This Motion is being heard on SHORTENED NOTICE persuant to LBR 9075-1(b). If you wish to oppose this motion, you must file and serve a response no later than  *(date)* _____ and *(time)* _____; and you, may appear at the hearing.

   a. ☐ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

   b. ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court.

   c. ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date: **May 3, 2021**

**Farmer & Ready**
Printed name of law firm (*if applicable*)

**Paul F. Ready**
Printed name of individual Movant or attorney for Movant

_____
Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 2                      **F 4001-1.RFS.NONBK.MOTION**

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO NONBANKRUPTCY ACTION

**1. In the Non-bankruptcy Action, Movant is:**

    a. ☐ Plaintiff

    b. ☐ Defendant

    c. ☑ Other (*specify*): **Receiver**

**2. The Nonbankruptcy Action:** There is a pending lawsuit or administrative proceeding (Nonbankruptcy Action) involving the Debtor or the Debtor's bankruptcy estate:

    a. *Name of Nonbankruptcy Action: Jeff Campbell, et al., vs. Byron Moles, et al.*
    b. *Docket Number: 20CVP-0282*
    c. *Nonbankruptcy forum where Nonbankruptcy Action is pending: Superior Court for the State of California, County of San Luis Obispo*

    d. Causes of action or claims for relief (Claims): *Movant is seeking the approval of the Receiver's Final Account and Report, and payment of the Receiver's remaining fees and costs from the non-debtor parties to the Nonbankruptcy Action.*

**3. Bankruptcy Case History:**

    a. ☑ A voluntary ☐ An involuntary petition under chapter ☐ 7 ☑ 11 ☐ 12 ☐ 13 was filed on (*date*) ___12/15/20___.

    b. ☐ An order to convert this case to chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on (*date*) _____.

    c. ☐ Plan was confirmed on (*date*) _____.

**4. Grounds for Relief from Stay:** Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Nonbankruptcy Action to final judgment in the nonbankruptcy forum for the following reasons:

    a. ☐ Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate.

    b. ☐ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

    c. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

    d. ☐ The claims are non-dischargeable in nature and can be most expeditiously resolved in the non-bankruptcy forum.

    e. ☐ The claims arise arise under non-bankruptcy law and can be most expeditiously resolved in the non-bankruptcy forum.

    f. ☐ The bankruptcy case was filed in bad faith

        (1) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents

        (2) ☐ The timing of the filing of the bankruptcy petition indicates that it was intended to delay or interfere with the Nonbankruptcy Action.

        (3) ☐ Multiple bankruptcy cases affect the Nonbankruptcy Action.

        (4) ☐ The Debtor filed only a few case commencement documents. No schedules or statement of financial affairs (or chapter 13 plan, if appropriate) has been filed.

    g. ☑ Other (*specify*): Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 in this bankruptcy case.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5. **Grounds for Annulment of Stay.** Movant took postpetition actions against the Debtor.

    a. ☐ The actions were taken before Movant knew that the bankruptcy case had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

    b. ☐ Although Movant knew the bankruptcy case was filed.  Movant previously obtained relief from stay to proceed in the Nonbankruptcy Action in prior bankruptcy cases affecting the Nonbankruptcy Action as set forth in Exhibit._____ .

    c. ☐ Other (specify):

6. **Evidence in Support of Motion:** *(Important Note: declaration(s) in support of the Motion MUST be signed under penalty of perjury and attached to this motion.)*

    a. ☑ The DECLARATION RE ACTION IN NONBANKRUPTCY FORUM on page 6.

    b. ☐ Supplemental declaration(s).

    c. ☐ The statements made by Debtor under penalty of perjury concerning Movant's claims as set forth in Debtor's case commencement documents.  Authenticated copies of the relevant portions of the Debtor's case commencement documents are attached as Exhibit. _____ .

    d. ☐ Other evidence (*specify*):

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**Movant requests the following relief:**

1. Relief from the stay pursuant to 11 U.S.C § 362(d)(1).

2. ☑ Movant may proceed under applicable nonbankruptcy law to have the Receiver's Final Report and Account approved by the state court and further have the Receiver's fees approved and ordered to be paid by non-debtor parties to the underlying state court litigation, enforce its remedies to proceed to final judgement in the nonbankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against the Debtor or property of the Debtor's bankruptcy estate.

3. ☐ The stay is annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant in the Nonbankruptcy Action shall not constitute a violation of the stay.

4. ☐ The co-debtor stay of 11 U.S.C § 1201(a) or § 1301(a) is terminated, modified, or annulled as to the co-debtor, on the same terms and condition as to the Debtor.

5. ☑ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

6. ☐ The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180  days, so that no further automatic stay shall arise in that case as to the Nonbankruptcy Action.

7. ☐ The order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further  notice.

8. ☑ Other relief requested. Movant may proceed under applicable nonbankruptcy law to enforce its remedies to proceed against third parties in the nonbankruptcy forum, provided that the stay remains in effect with respect to the Debtor or property of the Debtor's bankruptcy estate.

Date:  May 3, 2021 _____

                                    **Farmer & Ready** _____
                                    Printed name of law firm (*if applicable*)

                                    **Paul F. Ready** _____
                                    Printed name of individual Movant or attorney for Movant

                                    _____
                                    Signature of individual Movant or Attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                Page 4                                **F 4001-1.RFS.NONBK.MOTION**

## DECLARATION RE ACTION IN NON-BANKRUPTCY FORUM

I, (name of Declarant) _____Paul F. Ready_____ , declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding (Nonbankruptcy Action) because:

☑  I am the Movant

☐  I am the Movant's attorney of record in the Nonbankruptcy Action.

☐  I am employed by the Movant as (*title and capacity*):

☑  Other (*specify*):  I am the duly appointed Receiver in the Matter of Jeff Campbell derivatively on behalf of Santa Maria Brewing Co., Inc., a California Corporation vs. Byron Moles; Karen Moles (Defendants) and Santa Maria Brewing Co. Inc., (Nominal Defendant), Case No. 20CVP-0282 now pending in the Superior Court of San Luis Obispo County (the "Non Bankruptcy Action".)

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the Non-bankruptcy Action. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3. In the Nonbankruptcy Action, Movant is:

☐ Plaintiff

☐ Defendant

☑ Other (*specify*): Receiver

4. Nonbankruptcy court or agency where Nonbankruptcy Action is pending:

   a. *Name of Nonbankruptcy Action: Jeff Campbell, et al., vs. Byron Moles, et al.*
   b. *Docket number: 20CVP-0282*
   c. *Nonbankruptcy court or agency where Nonbankruptcy Action is  pending: Superior Court for the State of California, County of San Luis Obispo*

5. **Procedural Status of Nonbankruptcy Action:**

   a.  The Claims are:  Movant is seeking approval of the Receiver's Final Account and Report, and payment of the Receiver's remaining fees and costs from the non-debtor parties to the Nonbankruptcy Action.

   b.  True and correct copies of the documents filed in the Nonbankruptcy Action are attached as Exhibit____A___.

   c.  The Non-bankruptcy Action was filed on (*date*):_8/27/20_____.

   d.  Trial or hearing began/is scheduled to begin on (*date*):__N/A_____.

   e.  The trial or hearing is estimated to require __N/A_____days (*specify*).

   f.  Other plaintiffs in the Nonbankruptcy Action are (*specify*): Santa Maria Brewing Co., Inc.      .

   g  Other defendants in the Nonbankruptcy Action are (*specify*):  Byron Moles, Karen Moles, Santa Maria Brewing Co., Inc.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                          Page 5                          **F 4001-1.RFS.NONBK.MOTION**

**6. Grounds for relief from stay:**

a. ☑  Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect against the Debtor or the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C § 501 in this bankruptcy case.

b. ☐  Mandatory abstention applies under 28 U.S.C § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor of the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

c. ☐  Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate.  The insurance carrier and policy number are (*specify*) :

d. ☐  The Nonbankruptcy Action can be tried more expeditiously in the nonbankruptcy forum.

  (1) ☐  It is currently set for trial on (*date*) _____.

  (2) ☐  It is in advanced stages of discovery and Movant believes that it will be set for trial by (*date*) _____. The basis for this belief is (*specify*):

  (3) ☐  The Nonbankruptcy Action involves non-debtor parties and a single trial in the nonbankruptcy forum is the most efficient use of judicial resources.

e. ☐  The bankruptcy case was filed in bad faith specifically to delay or interfere with the prosecution of the Nonbankruptcy Action.

  (1) ☐  Movant  is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

  (2) ☐  The timing of the filing of the bankruptcy petition indicates it was intended to delay or interfere with the Nonbankruptcy Action based upon the following facts (*specify*):

  (3) ☐  Multiple bankruptcy cases affecting the Property include:
   (A)  Case name:
       Case number:
       Date filed:                          Date Discharged:              Chapter:              Date dismissed:
                                                                          Date Dismissed:
       Relief from stay regarding this Nonbankrtuptcy Action    ☐ was ☐ was not granted
   (B)  Case name:
       Case number:
       Date filed:                          Date Discharged:              Chapter:              Date dismissed:
                                                                          Date Dismissed:
       Relief from stay regarding this Nonbankrtuptcy Action    ☐ was ☐ was not granted
   (C)  Case name:
       Case number:                                                       Chapter:              Date dismissed:

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Date filed:                 Date Discharged:           Date Dismissed:
Relief from stay regarding this Nonbankrtuptcy Action        ☐ was ☐ was not granted

☐  See attached continuation page for information about other
   bankruptcy cases affecting the Nonbankruptcy Action.

☐  See attached continuation page for additional facts
   establishing that this case was filed in bad faith.

f.  ☑  See attached for other facts justifying relief from stay.

7. ☐ Actions taken in the Nonbankruptcy Action after the bankruptcy petition was filed are specified in the attached
    supplemental declaration(s).

a.  ☐  These actions were taken before Movant knew the bankruptcy petition had been filed, and Movant would have been
       entitled to relief from stay to proceed with these actions

b.  ☐  Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with the
       nonbankruptcy Action enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit_____

c.  ☐  For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

May  3 , 2021 _____    Paul F. Ready _____    _____
Date                              Printed name                               Signature

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                          Page 7                    F 4001-1.RFS.NONBK.MOTION

# EXHIBIT A

1  Paul F. Ready
   State Bar No. 107469
2  **FARMER & READY**
   A Law Corporation
3  1254 Marsh Street
   Post Office Box 1443
4  San Luis Obispo, CA  93406
   Telephone: (805) 541-1626
5  Facsimile: (805) 541-0769
   Email: pfready@farmerandready.com
6
   Receiver
7

**ELECTRONICALLY FILED**
**1/19/2021 2:55 PM**
SAN LUIS OBISPO SUPERIOR COURT
BY: _____
M. Ssnkrs, Deputy Clerk

8
9              SUPERIOR COURT FOR THE STATE OF CALIFORNIA
10                  FOR THE COUNTY OF SAN LUIS OBISPO
11                        PASO ROBLES DIVISION
12  JEFF CAMPBELL derivatively on behalf      ) Case No. 20CVP-0282
    of SANTA MARIA BREWING CO. INC.,          )
13  a California Corporation,                  ) Assigned to:  Hon. Linda D. Hurst
                                               )
14               Plaintiff,                    ) **RECEIVER'S FINAL ACCOUNT AND**
                                               ) **REPORT**
15       v.                                    )
                                               ) Hearing Date:  February 23, 2021
16  BYRON MOLES; KAREN MOLES and               ) Time: 9:00 a.m.
    DOES 1-30,                                 ) Dept: P2 (Via Zoom)
17               Defendants,                   )
                                               )
18                                             )
    SANTA MARIA BREWING CO. INC., a            )
19  California corporation,                    )
                                               )
20               Nominal Defendant,            )
                                               )
21  MICHAEL McCORMICK,                         )
                                               )
22               Intervenor.                   )
                                               )
23  _____         )
24
25       TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

26       NOTICE IS HEREBY GIVEN that Paul F. Ready, Receiver, has filed his Final Account

27  and Report of the administration of his receivership with the Clerk of the above-entitled Court

28  and that February 23, 2021 at 9:00 a.m. has been set as the time for hearing the Final Account

and Report. The hearing will be held via Zoom, at which time and place the Receiver will move

1

the Court for an order settling and approving the Final Account and Report and discharging the

Receiver from any further duties or liabilities herein.

Date: January ___, 2021                              FARMER & READY

                                        By: _____
                                            Paul F. Ready, Esq.
                                            Receiver

## FINAL ACCOUNT AND REPORT

    PAUL F. READY, the duly appointed, qualified, and acting Receiver herein, renders

his Final Account and Report of his administration as follows:

## ACCOUNT

    The Receiver holds no accounts or assets of the Santa Maria Brewing Co. Inc.

## REPORT OF ADMINISTRATION

    1.    I, Paul F. Ready, was appointed Receiver herein by order of this Court dated

October 6, 2020, following an initial hearing before the Court on September 10, 2020 based

upon the Plaintiff's ex parte application for the same. I thereafter participated in a

teleconference on September 15, 2020 between the parties in conjunction with the parties'

efforts to reach a stipulation as to the scope of the proposed receivership as to Santa Maria

Brewing Company ("SMB"). Following a second hearing on September 30, 3030, I was

appointed to serve as receiver to take control over the business and business assets of SMB by

order of this Court entered on October 6, 2020 (the "Order").

    2.    I qualified to act as Receiver by executing the oath required by law and filing

said oath with this Court on October 19, 2020. In accordance with the Order, I posted a

$10,000.00 bond with the Court on November 9, 2020.

3.    Based upon the Order, the parties were ordered to provide me with numerous financial and corporate records and other related documents regarding SMB's finances, bank accounts, insurance, tax obligations and general operations. In compliance with the Order I was provided in excess of 3,600 pages of such documentation for my review before the end of October 2020.

4.    Shortly after my appointment I was contacted by Paul Parker, the attorney for Fair Sky Enterprises (one of SMB's landlords), regarding SMB's two leaseholds located in Paso Robles, California. One of the properties had apparently been utilized by SMB for a restaurant/pub, and the second adjacent leasehold had also been leased by SMB, and the interior had been partially demolished by SMB for purposes of installing and updating tenant improvements. That work had apparently ceased several months prior and each of the respective leases were significantly in default. Under the specific terms of the Order I had been expressly authorized to negotiate with Fair Sky Enterprises regarding SMB's leasehold rights and obligations under the leases. According to Mr. Parker, SMB was then in default for unpaid rents in the amount of $62,605.46 for such leaseholds, and that said rents continued to accrue in the amount of $10,380.73 per month for the remaining lease terms. Mr. Parker informed me that unit which had been partially demolished would require significant repairs, and the other unit which had been formerly operated as a restaurant/pub had been abandoned and partially stripped by SMB of many of the operation's fixtures, furniture and equipment.

5.    On October 19, 2020, I was served with an ex parte application seeking to vacate my appointment as Receiver, which was heard, and not then granted by the Court on the morning of October 20, 2020 at 8:30 a.m. The Court ordered the matter to be set over to December 15, 2020, and additionally specifically ordered me to continue to act in a manner consistent with the Order.

6.    In compliance with the Order, on October 20, 2020 I inspected the three known business locations of SMB, to wit: (a) The two suites located at 1401 Park Street in Paso Robles, California under two separate leases between SMB and Fair Sky Enterprises ("Fair Sky"); (b) The restaurant/pub/brewery located at 7935 San Luis Avenue in Atascadero,

California, including two adjacent warehouses under a total of three separate leases; and, (c) The restaurant/pub located a 115 Cuyama Lane in Nipomo, California.

7.     Based upon the inspections, I contacted Fair Sky's legal counsel and discussed arranging for the surrender of the Paso Robles leaseholds, and a settlement of Fair Sky's lease claims against SMB. I directed Defendant Byron Moles, through Michael Ring his legal counsel, to remove all corporate assets remaining at the Paso Robles leaseholds, and I was advised by Mr. Ring, that such had been accomplished on October 30, 2020. Thereafter the I participated in the negotiation of a settlement between Fair Sky, Santa Maria Brewing and Jeff Campbell (who had personally guaranteed performance under both Paso Robles leaseholds. Under the settlement agreement, Jeff Campbell paid the Fair Sky the sum of $200,000.00 and I surrendered possession of the Premises to Fair Sky as landlord in full satisfaction of Fair Sky's claims against SMB under both leases.

8.     In addition to the documentation provided me by the parties prior to October's month end, on Monday November 2, 2020, I obtained access to SMB's QuickBook files. Following my review of these documents and files, I researched and reviewed public records regarding SMB, including UCC filings, judgment and tax liens, and other matters of import. Based upon this review, and the immediate concerns which were then raised, on November 4, 2020 I brought an emergency ex parte application for further instructions before this Court, brought in large part on my concerning discovery that SMB was then obligated for significant unpaid payroll taxes which had accrued during the tax years 2014 through 2018, in the amount of $1,380,672.54, as well as other serious financial matters including: SMB's failure to maintain any liability and workers' compensation insurance; a number of significant judgments and debts which were not reflected in SMB's financial records; multiple "investor agreements" which appeared to be in default and beyond SMB's ability to satisfy; and, what appeared to me to be, at best, highly unusual banking practices. Based upon these matters I sought, and obtained a modification of the Order, relieving me of responsibilities for, and control of SMB's bank accounts. I was further relieved of the directive under the Order to provide the initial accounting to the Court. The Court set further hearing for consideration of the matters raised in

my application for November 16, 2020.

9.     On November 12, 2020 I filed a supplement to my application for further instructions, in order to provide the Court and the parties with the specific results of my review of the California Secretary of State's UCC filing records, which reflected 16 UCC financial statements encumbering assets of SMB held by a variety of lenders and vendors which were then of record.

10.     At the November 16, 2020 hearing the Court considered the various additional pleading filed by the parties regarding my application for further instructions, and set the matter over until December 16, 2020 for an evidentiary hearing. Following the November 16th hearing I made contact with the IRS, as upon further review, it appeared to me that additional payroll taxes for the tax years 2019 and 2020 also remained unpaid.

11.     Based upon my discussions with the IRS and additional information which they provided to me; my prior review of SMB's financial records and my monitoring and review of the Debtor's bank accounts, on December 9, 2020, I filed my Receiver' Report for the Court's consideration at the December 16, 2020 hearing. While that report addressed and updated many of the matters which were included in my prior application for additional instructions, I also reported to the Court, that as of December 4, 2020, both SMB's general and payroll accounts had negative balances, and that the most recent account activity reflected over $2,200.00 in return check and overdraft charges incurred between November and December 4, 2020.

12.     On the afternoon of December 15, 2020, I was advised that SMB had filed for Chapter 11 relief in the U.S. Bankruptcy Court for the Northern Division of the Central District of California.

13.     On December 17, 2020, I was contacted by SMB's bankruptcy counsel, Leslie Cohen, and requested to turn over all property of SMB which was then in my possession in accordance with the provisions of *11 U.S.C. § 543*. I offered to provide Ms. Cohen with both the premises keys which had been provided me by Mr. Moles, as well as the most recent information as been provided me by the IRS, which reflected approximately $734,000.00 in unpaid payroll taxes for the 2019 tax year. Ms. Cohen requested only the documentation

associated with SMB's payroll tax obligation.

14.     My powers as a Receiver in this matter have been effectively terminated under the provisions of *11 U.S.C. § 543* as a result of SMB's Chapter 11 filing.

15.     As herein indicated, as Receiver I actively participated in the operations and control of SMB and have performed all orders of this Court.  A true and correct copy of the itemized statement of the Receiver's professional fees and costs is attached hereto as Exhibit "A" and incorporated herein by this reference.

16.     Receiver requests that the Court issue an Order approving the Receiver's total fees and costs in the amount of $28,086.10, and order the payment of the unpaid balance of said fees and costs in the amount of $13,385.00.

**WHEREFORE**, Receiver prays as follows:

1.     After due notice is given and proceedings had, this Court make its order settling and approving this First and Final Account and Report;

2.     That Receiver's total fees and costs in the amount of $28,086.10 be approved, and that the Court order the remaining balance of $13,385.00 be paid forthwith; and,

4.     That the Receiver be discharged.

Dated: January 15 2021

FARMER & READY

By: _____
Paul F. Ready, Esq.
Receiver

# EXHIBIT A

FARMER & READY
A LAW CORPORATION

1254 MARSH STREET
P.O. BOX 1443
SAN LUIS OBISPO, CALIFORNIA 93406
Telephone (805) 541-1626
FAX Number (805) 541-0769

Page: 1
01/14/2021
Account No: 126-721R
Statement No:    46599

Superior Court
County Government Center
San Luis Obispo  CA  93408

Santa Maria Brewing vs. Byron Moles

Interim Statement

02-RCR

|  |  | HOURS |  |
|---|---|---|---|
| **09/10/2020** |  |  |  |
| PFR | Court appearance | 0.40 | 158.00 |
| PFR | Review and reply to email re status | 0.20 | 79.00 |
| **09/15/2020** |  |  |  |
| PFR | Teleconference re Receiver | 0.70 | 276.50 |
| **09/16/2020** |  |  |  |
| PFR | Review Stipulation; email to opposing party | 0.40 | 158.00 |
| **09/23/2020** |  |  |  |
| PFR | Review report and attachment; email to Chris Dominguez | 0.40 | 158.00 |
| PFR | Review emails re report | 0.20 | 79.00 |
| **09/30/2020** |  |  |  |
| PFR | Review file; court appearance re Receiver's Application | 1.10 | 434.50 |
| PFR | Telephone call(s) from Michael Ring | 0.30 | 118.50 |
| **10/01/2020** |  |  |  |
| PFR | Telephone call(s) from Morris & Garritano re bonding | 0.30 | 118.50 |
| PFR | Review Proposed Order; telephone call to Attorney Dominguez | 0.40 | 158.00 |

```
                                                            Page:  2
          Superior Court                                  01/14/2021
                                              Account No:  126-721R
                                              Statement No:     46599

     Santa Maria Brewing vs. Byron Moles
     02-RCR
```

|            |                                                                                              | HOURS |          |
|------------|----------------------------------------------------------------------------------------------|-------|----------|
| **10/02/2020** |                                                                                          |       |          |
| PFR        | Complete and forward Bond Application to Morris & Garritano                                   | 0.30  | 118.50   |
| PFR        | Review email and final redline Order; email to C. Dominguez                                   | 0.20  | 79.00    |
| **10/07/2020** |                                                                                          |       |          |
| PFR        | Review email; review Order; email to Morris & Garritano re Bond; email to office manager re payment arrangement | 0.40 | 158.00 |
| **10/13/2020** |                                                                                          |       |          |
| PFR        | Telephone call(s) from Attorney Paul Parker re Santa Maria Brewing Paso issues                | 0.40  | 158.00   |
| **10/15/2020** |                                                                                          |       |          |
| PFR        | Review Leases and correspondence re Paso locations                                           | 1.10  | 434.50   |
| PFR        | Review and reply to emails from M. Ring                                                       | 0.30  | 118.50   |
| **10/16/2020** |                                                                                          |       |          |
| PFR        | Review emails; attempt Google Doc access; email to Ring                                       | 0.40  | 158.00   |
| **10/19/2020** |                                                                                          |       |          |
| PFR        | Telephone call(s) from attorney re Ex Parte Motion to Set Aside                               | 0.20  | 79.00    |
| PFR        | Telephone call(s) from Attorney Ring re security codes                                        | 0.30  | 118.50   |
| PFR        | Review Motion to Set Aside Order and supporting documents                                     | 0.70  | 276.50   |
| **10/20/2020** |                                                                                          |       |          |
| PFR        | Review Bond, execute and file                                                                | 0.40  | 158.00   |
| PFR        | Site visits: Paso, Atascadero, and Santa Maria                                               | 3.50  | 1,382.50 |
| PFR        | Review Leases, Investor Agreements, notes, and miscellaneous documents                        | 2.70  | 1,066.50 |

Page: 3
01/14/2021
Account No: 126-721R
Statement No:     46599

Superior Court

Santa Maria Brewing vs. Byron Moles
02-RCR

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **10/21/2020** | | | | |
| | PFR | Review documents; draft letter to Attorney Ring re missing documents | 1.30 | 513.50 |
| | PFR | Review bank records; draft letter to Ring re various business deposits, Captains Club, and Royal 19 Council | 1.10 | 434.50 |
| **10/22/2020** | | | | |
| | PFR | Telephone call(s) to Attorney Parker re Paso lease | 0.40 | 158.00 |
| | PFR | Review email from Attorney Ring | 0.30 | 118.50 |
| | PFR | Telephone call(s) to Attorney Goldner re Paso lease and guarantys | 0.30 | 118.50 |
| | PFR | Review Order re intervention and receivership | 0.30 | 118.50 |
| | PFR | Review email from Karen Moles and attachments; reply to Karen Moles and all counsel | 0.40 | 158.00 |
| **10/23/2020** | | | | |
| | PFR | Email to Karen Moles | 0.20 | 79.00 |
| | PFR | Research re pending actions; telephone call to Attorneys M. Juarez, Brandon, and Mika | 0.60 | 237.00 |
| | PFR | Review email from Attorney Parker and proposal re Paso and leaseholds; email Attorneys Ring and Dominguez | 0.80 | 316.00 |
| | PFR | Review and reply to email from Karen Moles re cash and C.O.D.s | 0.20 | 79.00 |
| **10/27/2020** | | | | |
| | PFR | Review correspondence re Paso Lease; telephone call to Chris Dominguez | 0.40 | 158.00 |
| | PFR | Email to attorneys | 0.30 | 118.50 |
| | PFR | Review miscellaneous documents re: Paso Leases | 0.70 | 276.50 |

Page: 4
01/14/2021
Account No: 126-721R
Statement No:    46599

Superior Court

Santa Maria Brewing vs. Byron Moles
02-RCR

|  |  | HOURS |  |
|---|---|---|---|
| **10/28/2020** |  |  |  |
| PFR | Review correspondence re Paso;  meeting re clean up | 0.70 | 276.50 |
| PFR | Teleconference with attorney re landlord clean up | 0.40 | 158.00 |
| PFR | Telephone call(s) from M. Ring re Paso Robles | 0.20 | 79.00 |
| PFR | Telephone call(s) from Attorney Parker; telephone call from C. Hamilton | 0.50 | 197.50 |
| PFR | Telephone call(s) to Attorney Hamilton; telephone call to Attorney Parker | 0.40 | 158.00 |
| PFR | Review Lease | 0.30 | 118.50 |
| PFR | Emails to Ring re personal property removal | 0.30 | 118.50 |
| **10/29/2020** |  |  |  |
| PFR | Email to Attorney Curcio re tax issues | 0.30 | 118.50 |
| PFR | Review and reply to landlord emails and demands | 0.40 | 158.00 |
| **10/30/2020** |  |  |  |
| PFR | Review correspondence from Branch and Parker | 0.40 | 158.00 |
| PFR | Review emails; email to Hamilton re cleanup | 0.20 | 79.00 |
| PFR | Telephone call(s) from Double Eagle re repairs | 0.30 | 118.50 |
| **10/31/2020** |  |  |  |
| PFR | Review and organize all other documents produced by parties | 3.50 | 1,382.50 |
| PFR | Review insurance and tax documents; email to Michael Ring | 0.40 | 158.00 |
| **11/01/2020** |  |  |  |
| PFR | Review and reply to emails re Santa Maria Brewing | 0.30 | 118.50 |

```
                                                          Page: 5
        Superior Court                                  01/14/2021
                                          Account No: 126-721R
                                          Statement No:    46599

        Santa Maria Brewing vs. Byron Moles
        02-RCR
```

|            |                                                            | HOURS |          |
|------------|------------------------------------------------------------|-------|----------|
| **11/02/2020** |                                                        |       |          |
| PFR        | Review files; email to Attorney Ring; telephone call from Attorney Ring; review merchant agreement transactions; review QuickBooks files | 4.30  | 1,698.50 |
| PFR        | Review Investor Agreements; draft Ex Parte Request for Further Instructions | 2.50  | 987.50   |
| **11/03/2020** |                                                        |       |          |
| PFR        | Review Secretary of State site; review all UCC filings and tax liens | 2.60  | 1,027.00 |
| PFR        | Review and revise  Ex Parte Application for Further Instructions; teleconference with Paul Parker and Hamilton re Paso locations | 4.10  | 1,619.50 |
| PFR        | Telephone call(s) to Attorney Parker                       | 0.30  | 118.50   |
| **11/04/2020** |                                                        |       |          |
| PFR        | Review and revise Ex Parte Application; review email from court clerk; telephone call from Chris Hamilton re Paso Settlement; telephone call to Michael Ring re notice | 1.30  | 513.50   |
| PFR        | Review and revise Settlement with Fairsky landlord; email to Attorney Hamilton and Parker | 0.40  | 158.00   |
| PFR        | Review emails re settlement                                | 0.30  | 118.50   |
| PFR        | Review file re Ex Parte hearing                            | 0.40  | 158.00   |
| **11/05/2020** |                                                        |       |          |
| PFR        | Review file; court appearance re emergency Motion          | 0.50  | 197.50   |
| PFR        | Telephone call(s) from Attorney Dominguez                  | 0.40  | 158.00   |
| PFR        | Telephone call(s) from Attorney Ring                       | 0.30  | 118.50   |
| PFR        | Review file and documents; email to defendant re policy binder; draft Order on Ex Parte Application | 0.80  | 316.00   |

Page: 6
01/14/2021
Account No: 126-721R
Statement No:    46599

Superior Court

Santa Maria Brewing vs. Byron Moles
02-RCR

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/09/2020 |  |  |  |  |
|  | PFR | Review Notice of Ruling | 0.20 | 79.00 |
| 11/12/2020 |  |  |  |  |
|  | PFR | Review and execute supplemental filing | 0.30 | 118.50 |
| 11/13/2020 |  |  |  |  |
|  | PFR | Telephone call(s) from Attorney Dominguez | 0.30 | 118.50 |
|  | PFR | Review all filings and attachments re request for additional instructions | 1.10 | 434.50 |
| 11/16/2020 |  |  |  |  |
|  | PFR | Telephone call(s) from Chris Dominguez | 0.40 | 158.00 |
|  | PFR | Review current Bank of Sierra statements | 0.30 | 118.50 |
|  | PFR | Review Ring Declaration; telephone call to IRS agent re penalty and fees | 0.30 | 118.50 |
|  | PFR | Review file; court appearance re Receiver's Motion | 0.70 | 276.50 |
|  | PFR | Review email from Attorney Francis; review Complaint in intervention | 0.30 | 118.50 |
| 11/17/2020 |  |  |  |  |
|  | PFR | Review email and financial documents | 0.40 | 158.00 |
|  | PFR | Telephone call(s) from Marcia at IRS re payroll tax | 0.30 | 118.50 |
| 11/18/2020 |  |  |  |  |
|  | PFR | Telephone call(s) from Marcia at IRS; review fax re total taxes | 0.40 | 158.00 |
|  | PFR | Review documents; email to counsel | 0.20 | 79.00 |
| 11/24/2020 |  |  |  |  |
|  | PFR | Review Withdrawal of Motion to Vacate | 0.20 | 79.00 |
|  | PFR | Telephone call(s) from Chris Dominguez re status | 0.30 | 118.50 |
|  | PFR | Telephone call(s) from investor Siegrist re stockholder agreement | 0.30 | 118.50 |
|  | PFR | Review IRS filing and transcript | 1.40 | 553.00 |

Page: 7
01/14/2021
Account No: 126-721R
Statement No:    46599

Superior Court

Santa Maria Brewing vs. Byron Moles
02-RCR

|  |  | HOURS |  |
|---|---|---|---|
| **12/05/2020** |  |  |  |
| PFR | Review bank records; draft report | 0.70 | 276.50 |
| **12/07/2020** |  |  |  |
| PFR | Review and revise Receiver's Report | 1.10 | 434.50 |
| **12/08/2020** |  |  |  |
| PFR | Review Santa Maria Brewing QuickBooks records, balance sheet, profit and loss, and various reports | 1.10 | 434.50 |
| PFR | Review and revise Receiver's Report | 1.00 | 395.00 |
| **12/09/2020** |  |  |  |
| PFR | Review and revise Final Report and assemble Exhibits | 0.90 | 355.50 |
| **12/15/2020** |  |  |  |
| PFR | Telephone call(s) from Attorney Dominguez | 0.40 | 158.00 |
| PFR | Telephone call(s) from Chris Dominguez; review bankruptcy filing | 0.40 | 158.00 |
| **12/16/2020** |  |  |  |
| PFR | Telephone call(s) from D. Siegrist re status of bankruptcy | 0.30 | 118.50 |
| PFR | Review docket and bankruptcy filings; email to all parties and court re status | 0.40 | 158.00 |
| PFR | Court appearance re Status Conference | 0.40 | 158.00 |
| PFR | Telephone call(s) from Attorney Dominguez | 0.30 | 118.50 |
| **12/17/2020** |  |  |  |
| PFR | Telephone call(s) from Leslie Cohen re demand for turnover; review correspondence; email to Cohen re turnover | 0.60 | 237.00 |

```
                                                        Page:  8
        Superior Court                               01/14/2021
                                           Account No:  126-721R
                                           Statement No:      46599

        Santa Maria Brewing vs. Byron Moles
        02-RCR
```

|            |     |                                              | HOURS |           |
|------------|-----|----------------------------------------------|-------|-----------|
| 12/18/2020 |     |                                              |       |           |
|            | PFR | Email to bankruptcy counsel re tax obligations | 0.30  | 118.50    |
| 01/12/2021 |     |                                              |       |           |
|            | PFR | Review file; review pleading and accounting; draft Final | 2.40  | 948.00    |
| 01/13/2021 |     |                                              |       |           |
|            | PFR | Review and revise Final Report               | 0.60  | 237.00    |
|            | PFR | Appear at hearing on final account and report (projected) | 0.50  | 197.50    |
|            | PFR | Prepare Order Discharging Receiver (projected) | 0.30  | 118.50    |
|            |     | PROFESSIONAL SERVICES RENDERED               | 68.50 | 27,057.50 |

| Date       | Description                                   | Amount |
|------------|-----------------------------------------------|--------|
| 10/06/2020 | Court Receiver Bond                           | 103.25 |
| 10/19/2020 | Filing fee - Oath of Receiver                 | 3.60   |
| 10/19/2020 | Postage                                       | 2.40   |
| 10/19/2020 | Photocopies - 42 pages                        | 8.40   |
| 10/21/2020 | Postage                                       | 1.00   |
| 10/21/2020 | Photocopies - 4 pages                         | 0.80   |
| 10/28/2020 | Postage                                       | 1.95   |
| 10/28/2020 | Photocopies - 18 pages                        | 3.60   |
| 10/28/2020 | Photocopies - 3606 pages                      | 721.20 |
| 10/30/2020 | Postage                                       | 0.65   |
| 10/30/2020 | Postage                                       | 1.60   |
| 10/30/2020 | Photocopies - 12 pages                        | 2.40   |
| 11/04/2020 | Filing fee - Exparte Application              | 65.25  |
| 11/05/2020 | Filing fee - Proposed Order                   | 3.60   |
| 11/05/2020 | Postage                                       | 1.50   |
| 11/05/2020 | Photocopies - 12 pages                        | 2.40   |
| 11/12/2020 | Filing fee - Brief                            | 3.60   |
| 11/12/2020 | Postage                                       | 8.40   |
| 11/12/2020 | Photocopies - 153 pages                       | 30.60  |
| 12/09/2020 | Filing fee - Receiver's Report with Proof of  |        |

                                                              Page: 9
          Superior Court                                   01/14/2021
                                            Account No: 126-721R
                                            Statement No:     46599

          Santa Maria Brewing vs. Byron Moles
          02-RCR


                    Service                                      3.60
          12/09/2020 Postage                                     8.80
          12/09/2020 Photocopies - 152 pages                    30.40
          01/13/2021 Photocopies - Serve Final Account
                     (projected)                                 8.80
          01/13/2021 Postage - Serve Final Account (projected)   5.60
          01/13/2021 Postage - Serve Order Discharging Receiver
                     (projected)                                 2.00
          01/13/2021 Photocopies - Serve Order Discharging
                     Receiver (projected)                        3.20
                                                             ─────────
                    TOTAL EXPENSES                            1,028.60

                    TOTAL FEES AND COSTS                     28,086.10


          10/19/2020 Payment on account                      -3,000.00
          10/19/2020 Payment on account                      -3,000.00
          12/28/2020 Payment on account                      -8,701.10
                    TOTAL PAYMENTS                           -14,701.10

                    BALANCE DUE                             $13,385.00

## PROOF OF SERVICE
### (CCP § 1013(a) and 2015.5)

I am employed in the County of San Luis Obispo, State of California. I am over the age of 18 and not a party to the within action; my business address is 1254 Marsh Street, San Luis Obispo, California 93401.

On January 19, 2021, I served the following described documents:

**Receiver's Final Account and Report**

on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

***Attorneys for Plaintiff Jeff Campbell***
Barry L. Goldner, Esq.
Christopher E. Dominguez, Esq.
Klein, Denatale, Goldner,
Cooper, Rosenlieb & Kimball, LLP
4550 California Ave., Second Floor
Bakersfield, CA 93309

***Attorneys for Defendants Byron & Karen Moles:***
Michael P. Ring, Esq.
Law Office of Michael P. King & Assoc.
1234 Santa Barbara Street
Santa Barbara, CA 93101

***Attorney for Intervenor:***
James Kelly Francis
Kirwin & Francis
260 Maple Court, Suite 220
Ventura, CA 93003

***Attorney for Nominal Defendant, Santa Maria Brewing Co. Inc.***
Nnana Awa
The Crone Law Group P.C.
9665 Wilshire Boulevard, Suite 895
Beverly Hills, CA 90212

**XXX** **BY MAIL** - Following ordinary business practice, I placed said envelope(s) for collection and mailing at the offices of Farmer & Ready, located at 1254 Marsh Street, San Luis Obispo, California 93401. I am readily familiar with the firm's practice of collection and processing correspondence or mailing. Under that practice, it would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid, at San Luis Obispo, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

**BY FEDERAL EXPRESS -** I caused the envelope(s) to be delivered to an authorized courier or driver authorized by FEDERAL EXPRESS to receive documents with delivery fees provided for.

**BY EMAIL –** I caused this document to be transmitted via email to the email address(es) listed for the addressee(s). [ ] The document is being transmitted via email pursuant to agreement of counsel authorizing service of the document via email; or [ ] The document is being transmitted via email as a courtesy only and not pursuant to any stipulation of counsel authorizing service of the document via email.

**BY ELECTRONIC SERVICE –** Pursuant to California Rules of Court, Rules 2.250 et seq. and 2.251(a)(2)(B) and California Code of Civil Procedure section 1010.6(C)(2). [ ] The document was submitted to Odyssey eFileCA to be electronically filed with the California Superior Court for the County of San Luis Obispo and Odyssey eFileCA was instructed to electronically serve the document; or [ ] The document is being transmitted via email as a courtesy only and not pursuant to any stipulation of counsel authorizing service of the document via email.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BY FACSIMILE** - I caused the above-described document(s) to be transmitted to the interested parties at facsimile number(s) indicated above and the transmission report(s) generated by facsimile number (805) 541-0769 indicated all pages were transmitted.   A true and correct copy of the transmission report is attached hereto.

**BY PERSONAL SERVICE** - I caused such envelope(s) to be delivered by hand to the address(es) shown on the Service List.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on January 19, 2021, at San Luis Obispo, California.

Tamara L. Wickstrom

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1254 Marsh Street, San Luis Obispo, CA  93401.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362 (with supporting declarations) (ACTION IN A NON-BANKRUPTCY FORUM)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 4, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Hagop T Bedoyan**   hagop.bedoyan@mccormickbarstow.com, terry.douty@mccormickbarstow.com **(Attorney for Double Eagle Investments, Inc. & Jeffrey Campbell)**
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com **(Attorney for Debtor)**
- **Jamie P Dreher**   jdreher@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com **(Attorney for Associated Winery Systems, Inc.)**
- **Lori L Enrico**   lori@giannettaenrico.com, melanie@giannettaenrico.com **(Attorney for Bank of Sierra)**
- **Brian D Fittipaldi**   brian.fittipaldi@usdoj.gov **(Attorney for U.S. Trustee)**
- **Alan Craig Hochheiser**   ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com **(Attorney for AmTrust North America on behalf of Security National Insurance Company)**
- **Sandra McBeth**   donna@mcbethlegal.com **(Interested Party)**
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov **(Attorney for U.S. Trustee)**
- **United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov **(U.S. Trustee)**
- **Larry D Webb**   Webblaw@gmail.com, larry@webblaw.onmicrosoft.com **(Interested Party)**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) May 4, 2021 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy:**
Honorable Deborah J. Saltzman
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Ste., 1634
Los Angeles, CA 90012

**Debtor:**
Santa Maria Brewing Co., Inc.
7935 San Luis Ave.
Atascadero, CA 93422

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/4/21 | Tamara L. Wickstrom | |
|--------|---------------------|--|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                F 9013-3.1.PROOF.SERVICE

## SECURED CREDITORS:

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Landsberg Orora
6600 Valley View St.
Buena Park, CA 90620

Landsberg Orora Inc.
1900 W. University Dr. Ste 101
Tempe, AZ 85281

Alpha Capital Source Inc.
734 W. Broadway
Woodmere, NY 11598

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Michael & Marianne McCormick
2053 A St.
Santa Maria, CA 93455

Biz Fund LLC
2371 McDonald Ave.
Brooklyn, NY 11223

IRS
PO Box 145595
Cincinnati, OH 45250

Propero/Associated Wine Systems
7787 Bell Rd.
Windsor, CA 95492

Bizfund LLC
2373 McDonald Ave Fl 2nd
Brooklyn, NY 11223

IRS
Attn Mary Garcia
2384 Professional Pkwy
Santa Maria, CA 93455

San Luis Obispo County Tax Collector
1055 Monterey St. Room D-290
San Luis Obispo, CA 93408-1003

Business Merchant Funding
1022 Avenue M
Brooklyn, NY 11223

Kash Capital
475 Northern Blvd.
Great Neck, NY 11021

Santa Barbara County Tax Collector
PO Box 579
Santa Barbara, CA 9310-2-0579

Business Merchants
1024 Ave. M
Brooklyn, NY 10038

Keg Logistics
PO Box 912908
Denver, CO 80291

Complete Business Solutions Group,
Inc.
22 N. 3rd Street
Philadelphia, PA 19106

EDD
722 Capital Mall
Sacramento, CA 95814

Keg Logistics LLC
9110 E. Nichols Ave., Ste 105
Centennial, CO 80112

Yellowstone Capital
116 Nassau St. 8th Floor
New York, NY 10038

## COMMITTEE OF UNSECURED CREDITORS:

Joseph Bertao
2324 Nightshade Lane
Santa Maria, CA 93455

Steve Knoph
7120 Valle Avenue
Atascadero, CA 93422

Steven Eric Mussack
4988 Chancellor Lane
Eugene, OR 97402

Daniel F. Sheehy
13128 Hartsook Street
Sherman Oaks, CA 91423

Steve Golis
1560 Alamo Pintado
Solvang, CA 93463

Stephen Siemsen
945 Quail Meadows Court
Orcutt, CA 93455

Michael McCormick
2053 A Street
Santa Maria, CA 93455

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

## 20 LARGEST UNSECURED CREDITORS:

Jeff Cambell
4000 Country Club Dr.
Bakersfield, CA 93306

Corrine and Hilal Helweh
6201 Los Gatos Rd.
Atascadero, CA 93422

Steve Mussack
4988 Chancellow Ln
Eugene, OR, 97402

Dionysios Pettas
10 Villa Ct.
San Luis Obispo, CA 93401

Michael Early
10718 W. Blackhawk Dr.
Boise, ID 83709

Stephen Siemsen
945 Quail Meadows Ct.
Orcutt, CA 93455

Demetrios Pettas
5000 Hawxhurst Ct.
Antioch, CA 94531

Don Sylvester
186 Deer Run Ln.
Orcutt, CA 93455

Joseph Bertao
2324 Nightshade Ln.
Santa Maria, CA 93455

Keith and Ruth Moles
125 N. Halcyon
Arroyo Grande, CA 93420

Clyde & Pauline Hernandez
1108 Rosewood Dr.
Santa Maria, CA 93458

Steve Golis
205 E. Carrillo Ste. 100
Santa Barbara, CA 93101

Jill Cobb
2949 Noble Star
Prescott, AZ 86301

Sean Knoph
7120 Valle Ave.
Atascadero, CA 93422

Bank of the Sierra
86 North Main Street
Porterville, CA 93257

Joseph and Heather Witts
735 Richmind Ct.
Santa Maria, CA 93455

Sean Knoph
7120 Valle Ave.
Atascadero, CA 93422

SPG Advance
5306 New Utrect Ave.
Brooklyn, NY 11219

Santa Barbara Land Co. LLC
420 E. Carrillo St.
Santa Barbara, CA 93101

John & Denise Nielsen
7525 Santa Ynez Ave.
Atascadero, CA 93422

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                          F 9013-3.1.PROOF.SERVICE