McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
  hagop.bedoyan@mccormickbarstow.com
Matthew P. Bunting, #306034
  matthew.bunting@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Creditors, DOUBLE EAGLE INVESTMENTS, INC and JEFF CAMPBELL

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>SANTA MARIA BREWING CO INC.,<br><br>Debtor-in-Possession | Case No. 9:20-bk-11486-DS<br><br>Chapter 11<br><br>Disclosure Statement Hearing<br>Date:    August 24, 2021<br>Time:    11:30 a.m.<br>Place:   Origination from Ct Rm. 201<br><br>[Confirm Court's Telephonic/Video Appearance Requirements<br>Judge: Honorable Deborah J. Saltzman |

## STIPULATED MODIFICATION TO DEBTOR'S CHAPTER 11 PLAN FILED ON JULY 13, 2021 [DOC 140]

Santa Maria Brewing Co, Inc., the debtor-in-possession (the "Debtor"), Jeff Campbell ("Campbell") and Double Eagle Investments, Inc. ("DE") hereby stipulate to the following modification of the Debtor's Chapter 11 Plan filed on July 13, 2021 (the "Plan") [Doc 140], which will result in Campbell (Debtor's second largest shareholder along with his wife Adrianne) and largest general unsecured creditor) and DE voting in favor of, and supporting confirmation of the Plan:

1.    Upon the effective date of the Plan, Debtor's Board of Directors ("Board") shall be increased in size from the current three members to a maximum of seven members with Jeff and

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

1    Case No. 9:20-bk-11486-DS

Adrianne Campbell appointing two new directors and the Debtor's third largest shareholders, Mike and Marianne McCormick ("McCormick") also appointing two new directors, which can include themselves, for a total of four new directors;

2.  Upon the effective date of the Plan, Debtor's directors will consist of the following or their nominees:

    a.  Byron Moles;
    b.  Karen Moles;
    c.  Mike McCormick;
    d.  Marianne McCormick;
    e.  Bryan Fortin;
    f.  Jeff Campbell; and
    g.  Adrianne Campbell

3.  Following the effective date of the Plan, Debtor will have annual shareholders meetings and otherwise follow California corporations law with respect to the governance of the reorganized Debtor;

4.  Following the effective date of the Plan, Debtor shall maintain Directors and Officers insurance coverage for its directors and officers;

5.  Following the effective date of the Plan, Debtor shall have its accountants prepare annual reviewed financial statements and make them available to its directors commencing with the 2021 tax year;

6.  Upon the effective date of the Plan, Debtor's By-Laws shall be amended to reflect the changes reflected in the preceding paragraphs;

7.  The Plan and Disclosure Statement shall be revised to include the provisions described herein before being sent to creditors;

8.  The Class 8 general unsecured claim of Campbell in the amount of $2,673,420.71, as reflected in his amended Proof of Claim filed on July 14, 2021 [Claim 35-3] shall be allowed and treated as a Class 8 claim; Campbell shall waive any and all other claims against the Debtor, its officers, directors, affiliates, owners and agents, as of the effective date of the Plan

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2    Case No. 9:20-bk-11486-DS

9. All proceedings in the derivative action currently pending in the San Luis Obispo County Superior Court, Case No. 20CVP-0282, entitled, *Jeff Campbell, derivatively on behalf of Santa Maria Brewing Co., Inc., etc. v. Byron Moles; Karen Moles and DOES 1-30*, , shall be continued pending approval of the Plan, and shall be dismissed with prejudice with each party to bear their own fees and costs upon the effective date of the Plan;

10. Campbell and Double Eagle shall forbear from serving or taking any action with regard to the breach of contract action filed in the Santa Barbara County Superior Court on July 6, 2021, Case No. 21CV02735, entitled, *Jeff Campbell, etc. v. Byron Moles*, etc., and all deadlines and response dates with respect to that action shall be continued pending approval of the Plan. This action shall be dismissed with prejudice with each party to bear their own fees and costs, upon the effective date of the Plan; and

11. The Plan, as modified by this stipulation, will be accepted by Campbell and DE and both of them will support and vote in favor of the Plan as modified by this stipulation.

Dated: August 9, 2021

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
Hagop T. Bedoyan
Matthew P. Bunting
Attorneys for Double Eagle Investments, Inc. and Jeff Campbell

Dated: August 12, 2021

LESLIE COHEN LAW, P.C.

By: _____
Leslie A. Cohen
Attorneys for Santa Maria Brewing Co Inc.
Debtor-in-Possession

039629-000000 7819045.1

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**7647 N. FRESNO STREET, FRESNO, CA 93720**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATED MODIFICATION TO DEBTOR'S CHAPTER 11 PLAN FILED ON JULY 13, 2021 [DOC 140]**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 23, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Hagop T Bedoyan hagop.bedoyan@mccormickbarstow.com, terry.douty@mccormickbarstow.com
Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com
Jamie P Dreher jdreher@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
Lori L Enrico lori@giannettaenrico.com, melanie@giannettaenrico.com
Brian D Fittipaldi brian.fittipaldi@usdoj.gov
Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
Sandra McBeth donna@mcbethlegal.com
Kenneth Misken Kenneth.M.Misken@usdoj.gov
United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov
Larry D Webb Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*)            , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 23, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Served via Fed Ex overnight**
Hon. Deborah Saltzman
U.S. Bankruptcy Court
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/23/21 | TERRY DOUTY | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

039629-000000 7556622.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE