# United States Bankruptcy Court
# Central District of California

1415 State Street, Santa Barbara, CA 93101−2511

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Santa Maria Brewing Co Inc.

**BANKRUPTCY NO.**  9:20−bk−11486−DS

**CHAPTER**  11

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**  N/A
**Employer Tax−Identification (EIN) No(s).(if any):**  46−3374502
**Debtor Dismissal Date:** 6/14/23

**Address:**
7935 San Luis Ave
Atascadero, CA 93422

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: June 14, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**289 / KR9**